UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CILFIO UDIEL BAUTISTA-OROZCO,

        Petitioner,

v.                                         Case No. 3:25-cv-1215-MMH-MCR

UNITED STATES ATTORNEY
GENERAL, et al.,

        Respondents.
_____

## **ORDER**

        1.        The **Clerk of Court** shall send a copy of the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Doc. 1) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **certified mail** to the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530; and (4) Sheriff Scotty Rhoden, 1 Sheriff's Office Drive, Macclenny, FL 32063. All costs of service shall be advanced by the United States.

2. Respondents, within **60 days** from the date of service of process upon the United States Attorney, shall respond to the Petition, and show cause why the Petition should not be granted.

3. If Petitioner is removed from the United States, Respondents must file a notice within **3 days** of Petitioner's removal.

4. Petitioner must advise the Court of the petitioner's current mailing address, including if the petitioner is released from custody. If Petitioner fails to do so, the Court may dismiss the action.

5. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

6. After Respondents file a response, Petitioner shall have **30 days** to file his reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of October, 2025.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 10/10
c:
Counsel of Record