# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CILFIO UDIEL BAUTISTA-OROZCO,

        Petitioner,

v.                                       Case No. 3:25-cv-01215

Garrett RIPA, Field Office Director of
Enforcement and Removal Operations,
Miami, Field Office, Immigration and
Customs Enforcement; Kristi NOEM,
Secretary, U.S. Department of
Homeland Security; U.S. DEPARTMENT
OF HOMELAND SECURITY; Pamela
BONDI, U.S. Attorney General;
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW; Scotty
RHODEN, Warden of Baker County
Detention Center,

        Respondents.

_____/

## PETITION FOR WRIT OF HABEAS CORPUS

## INTRODUCTION

1.    Petitioner CILFIO UDIEL BAUTISTA-OROZCO is in the physical custody of Respondents at the Baker County Detention Center. He now faces unlawful detention because the Department of Homeland Security (DHS) and the Executive Office of Immigration

Review (EOIR) have concluded Petitioner is subject to mandatory detention.

2.    Petitioner is charged with, inter alia, having entered the United States without admission or inspection. *See* 8 U.S.C. § 1182(a)(6)(A)(i).

3.    Based on this allegation in Petitioner's removal proceedings, DHS denied Petitioner release from immigration custody, consistent with a new DHS policy issued on July 8, 2025, instructing all Immigration and Customs Enforcement (ICE) employees to consider anyone inadmissible under § 1182(a)(6)(A)(i)— i.e., those who entered the United States without admission or inspection—to be subject to detention under 8 U.S.C. § 1225(b)(2)(A) and therefore ineligible to be released on bond.

4.    Similarly, on September 5, 2025, the Board of Immigration Appeals (BIA or Board) issued a precedent decision, binding on all immigration judges, holding that an immigration judge has no authority to consider bond requests for any person who entered the United States without admission. *See Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025). The Board determined that such

2

individuals are subject to detention under 8 U.S.C. § 1225(b)(2)(A) and therefore ineligible to be released on bond.

5.    Petitioner's detention on this basis violates the plain language of the Immigration and Nationality Act. Section 1225(b)(2)(A) does not apply to individuals like Petitioner who previously entered and are now residing in the United States. Instead, such individuals are subject to a different statute, § 1226(a), that allows for release on conditional parole or bond. That statute expressly applies to people who, like Petitioner, are charged as inadmissible for having entered the United States without inspection.

6.    Respondents' new legal interpretation is plainly contrary to the statutory framework and contrary to decades of agency practice applying § 1226(a) to people like Petitioner.

7.    Accordingly, Petitioner seeks a writ of habeas corpus requiring that He be released unless Respondents provide a bond hearing under § 1226(a) within seven days.

## JURISDICTION

8.    Petitioner is in the physical custody of Respondents. Petitioner is detained at the Baker County Detention Center, in Macclenny, Florida.

3

9.    This Court has jurisdiction under 28 U.S.C. § 2241(c)(5) (habeas corpus), 28 U.S.C. § 1331 (federal question), and Article I, section 9, clause 2 of the United States Constitution (the Suspension Clause).

10.    This Court may grant relief pursuant to 28 U.S.C. § 2241, the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq., and the All Writs Act, 28 U.S.C. § 1651.

## VENUE

11.    Pursuant to *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 493- 500 (1973), venue lies in the United States District Court for the Middle District of Florida, the judicial district in which Petitioner currently is detained.

12.    Venue is also properly in this Court pursuant to 28 U.S.C. § 1391(e) because Respondents are employees, officers, and agencies of the United States, and because a substantial part of the events or omissions giving rise to the claims occurred in the Middle District of Florida.

## REQUIREMENTS OF 28 U.S.C. § 2243

13.    The Court must grant the petition for writ of habeas corpus or order Respondents to show cause "forthwith," unless the

petitioner is not entitled to relief. 28 U.S.C. § 2243. If an order to show cause is issued, Respondents must file a return "within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id.*

14.    Habeas corpus is "perhaps the most important writ known to the constitutional law . . . affording as it does a swift and imperative remedy in all cases of illegal restraint or confinement." *Fay v. Noia*, 372 U.S. 391, 400 (1963) (emphasis added). "The application for the writ usurps the attention and displaces the calendar of the judge or justice who entertains it and receives prompt action from him within the four corners of the application." *Yong v. I.N.S.*, 208 F.3d 1116, 1120 (9th Cir. 2000) (citation omitted).

**PARTIES**

15.    Petitioner CILFIO UDIEL BAUTISTA-OROZCO is  a citizen of Guatemala who has been in immigration detention since September 12, 2025. After arresting Petitioner in Jasper, Florida, ICE did not set bond and Petitioner is unable to obtain review of his custody by an IJ, pursuant to the Board's decision in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025).

16.     Respondent Garrett Ripa is the Director of the Miami Field Office of ICE's Enforcement and Removal Operations division. As such, Mr. Ripa is Petitioner's immediate custodian and is responsible for Petitioner's detention and removal. He is named in his official capacity.

17.     Respondent Kristi Noem is the Secretary of the Department of Homeland Security. She is responsible for the implementation and enforcement of the Immigration and Nationality Act (INA), and oversees ICE, which is responsible for Petitioner's detention. Ms. Noem has ultimate custodial authority over Petitioner and is sued in her official capacity.

18.     Respondent Department of Homeland Security (DHS) is the federal agency responsible for implementing and enforcing the INA, including the detention and removal of noncitizens.

19.     Respondent Pamela Bondi is the Attorney General of the United States. She is responsible for the Department of Justice, of which the Executive Office for Immigration Review and the immigration court system it operates is a component agency. She is sued in her official capacity.

6

20. Respondent Executive Office for Immigration Review (EOIR) is the federal agency responsible for implementing and enforcing the INA in removal proceedings, including for custody redeterminations in bond hearings.

21. Respondent Scotty Rhoden is the Sheriff of Baker County Sheriff's Office and is the Chief Correctional Officer of the Baker County Detention Center, where Petitioner is detained. He has immediate physical custody of Petitioner. He is sued in his official capacity.

## LEGAL FRAMEWORK

22. The INA prescribes three basic forms of detention for the vast majority of noncitizens in removal proceedings.

23. First, 8 U.S.C. § 1226 authorizes the detention of noncitizens in standard removal proceedings before an IJ. *See* 8 U.S.C. § 1229a. Individuals in § 1226(a) detention are generally entitled to a bond hearing at the outset of their detention, *see* 8 C.F.R. §§ 1003.19(a), 1236.1(d), while noncitizens who have been arrested, charged with, or convicted of certain crimes are subject to mandatory detention, *see* 8 U.S.C. § 1226(c).

24.   Second, the INA provides for mandatory detention of noncitizens subject to expedited removal under 8 U.S.C. § 1225(b)(1) and for other recent arrivals seeking admission referred to under § 1225(b)(2).

25.   Last, the INA also provides for detention of noncitizens who have been ordered removed, including individuals in withholding-only proceedings, see 8 U.S.C. § 1231(a)–(b).

26.   This case concerns the detention provisions at §§ 1226(a) and 1225(b)(2).

27.   The detention provisions at § 1226(a) and § 1225(b)(2) were enacted as part of the Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA) of 1996, Pub. L. No. 104-–208, Div. C, §§ 302–03, 110 Stat. 3009-546, 3009–582 to 3009–583, 3009–585. Section 1226(a) was most recently amended earlier this year by the Laken Riley Act, Pub. L. No.119-1, 139 Stat. 3 (2025).

28.   Following the enactment of the IIRIRA, EOIR drafted new regulations explaining that, in general, people who entered the country without inspection were not considered detained under § 1225 and that they were instead detained under § 1226(a). *See* Inspection and Expedited Removal of Aliens; Detention and Removal

of Aliens; Conduct of Removal Proceedings; Asylum Procedures, 62 Fed. Reg. 10312, 10323 (Mar. 6, 1997).

29.   Thus, in the decades that followed, most people who entered without inspection and were placed in standard removal proceedings received bond hearings, unless their criminal history rendered them ineligible pursuant to 8 U.S.C. § 1226(c). That practice was consistent with many more decades of prior practice, in which noncitizens who were not deemed "arriving" were entitled to a custody hearing before an IJ or other hearing officer. *See* 8 U.S.C. § 1252(a) (1994); *see also* H.R. Rep. No. 104-469, pt. 1, at 229 (1996) (noting that § 1226(a) simply "restates" the detention authority previously found at § 1252(a)).

30.   On July 8, 2025, ICE, "in coordination with" DOJ, announced a new policy that rejected well-established understanding of the statutory framework and reversed decades of practice.

31.   The new policy, entitled "Interim Guidance Regarding Detention Authority for Applicants for Admission," claims that all persons who entered the United States without inspection shall now be subject to mandatory detention provision under § 1225(b)(2)(A). The policy applies regardless of when a person is apprehended, and

affects those who have resided in the United States for months, years, and even decades.

32.   On September 5, 2025, the BIA adopted this same position in a published decision, *Matter of Yajure Hurtado*. There, the Board held that all noncitizens who entered the United States without admission or parole are subject to detention under § 1225(b)(2)(A) and are ineligible for IJ bond hearings.

33.   Since Respondents adopted their new policies, dozens of federal courts have rejected their new interpretation of the INA's detention authorities. Courts have likewise rejected *Matter of Yajure Hurtado*, which adopts the same reading of the statute as ICE.

34.   Even before ICE or the BIA introduced these nationwide policies, IJs in the Tacoma, Washington, immigration court stopped providing bond hearings for persons who entered the United States without inspection and who have since resided here. There, the U.S. District Court in the Western District of Washington found that such a reading of the INA is likely unlawful and that § 1226(a), not § 1225(b), applies to noncitizens who are not apprehended upon arrival to the United States. *Rodriguez Vazquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025).

10

35.    Subsequently, court after court has adopted the same reading of the INA's detention authorities and rejected ICE and EOIR's new interpretation. *See, e.g., Gomes v. Hyde*, No. 1:25-CV-11571-JEK, 2025 WL 1869299 (D. Mass. July 7, 2025); *Diaz Martinez v. Hyde*, No. CV 25-11613-BEM, --- F. Supp. 3d ----, 2025 WL 2084238 (D. Mass. July 24, 2025); *Rosado v. Figueroa*, No. CV 25-02157 PHX DLR (CDB), 2025 WL 2337099 (D. Ariz. Aug. 11, 2025), report and recommendation adopted, No. CV-25-02157-PHX-DLR (CDB), 2025 WL 2349133 (D. Ariz. Aug. 13, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588 (S.D.N.Y. Aug. 13, 2025); *Maldonado v. Olson*, No. 0:25-cv-03142-SRN-SGE, 2025 WL 2374411 (D. Minn. Aug. 15, 2025); *Arrazola-Gonzalez v. Noem*, No. 5:25-cv-01789-ODW (DFMx), 2025 WL 2379285 (C.D. Cal. Aug. 15, 2025); *Romero v. Hyde*, No. 25-11631-BEM, 2025 WL 2403827 (D. Mass. Aug. 19, 2025); *Samb v. Joyce*, No. 25 CIV 6373 (DEH), 2025 WL 2398831 (S.D.N.Y. Aug. 19, 2025); *Ramirez Clavijo v. Kaiser*, No. 25-CV-06248-BLF, 2025 WL 2419263 (N.D. Cal. Aug. 21, 2025); *Leal-Hernandez v. Noem*, No. 1:25-cv-02428-JRR, 2025 WL 2430025 (D. Md. Aug. 24, 2025); *Kostak v. Trump*, No. 3:25-cv-01093-JE-KDM, 2025 WL 2472136 (W.D. La. Aug. 27, 2025); *Jose*

*J.O.E. v. Bondi*, No. 25-CV-3051 (ECT/DJF), --- F. Supp. 3d ----, 2025 WL 2466670 (D. Minn. Aug. 27, 2025) *Lopez-Campos v. Raycraft*, No. 2:25-cv-12486-BRM-EAS, 2025 WL 2496379 (E.D. Mich. Aug. 29, 2025); *Vasquez Garcia v. Noem*, No. 25-cv-02180-DMS-MM, 2025 WL 2549431 (S.D. Cal. Sept. 3, 2025); *Zaragoza Mosqueda v. Noem*, No. 5:25-CV-02304 CAS (BFM), 2025 WL 2591530 (C.D. Cal. Sept. 8, 2025); *Pizarro Reyes v. Raycraft*, No. 25-CV-12546, 2025 WL 2609425 (E.D. Mich. Sept. 9, 2025); *Sampiao v. Hyde*, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025); *see also, e.g., Palma Perez v. Berg*, No. 8:25CV494, 2025 WL 2531566, at *2 (D. Neb. Sept. 3, 2025) (noting that "[t]he Court tends to agree" that § 1226(a) and not § 1225(b)(2) authorizes detention); *Jacinto v. Trump*, No. 4:25-cv-03161-JFB-RCC, 2025 WL 2402271 at *3 (D. Neb. Aug. 19, 2025) (same); *Anicasio v. Kramer*, No. 4:25-cv-03158-JFB-RCC, 2025 WL 2374224 at *2 (D. Neb. Aug. 14, 2025) (same).

36.   Courts have uniformly rejected DHS's and EOIR's new interpretation because it defies the INA. As the *Rodriguez Vazquez* court and others have explained, the plain text of the statutory provisions demonstrates that § 1226(a), not § 1225(b), applies to people like Petitioner.

12

37.    Section 1226(a) applies by default to all persons "pending a decision on whether the [noncitizen] is to be removed from the United States." These removal hearings are held under § 1229a, to "decid[e] the inadmissibility or deportability of a[] [noncitizen]."

38.    The text of § 1226 also explicitly applies to people charged as being inadmissible, including those who entered without inspection. *See* 8 U.S.C. § 1226(c)(1)(E). Subparagraph (E)'s reference to such people makes clear that, by default, such people are afforded a bond hearing under subsection (a). As the *Rodriguez Vazquez* court explained, "[w]hen Congress creates 'specific exceptions' to a statute's applicability, it 'proves' that absent those exceptions, the statute generally applies." *Rodriguez Vazquez*, 779 F. Supp. 3d at 1257 (citing *Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.*, 559 U.S. 393, 400 (2010)); *see also Gomes*, 2025 WL 1869299, at *7.

39.    Section 1226 therefore leaves no doubt that it applies to people who face charges of being inadmissible to the United States, including those who are present without admission or parole.

40.    By contrast, § 1225(b) applies to people arriving at U.S. ports of entry or who recently entered the United States. The statute's entire framework is premised on inspections at the border of people

13

who are "seeking admission" to the United States. 8 U.S.C. §
1225(b)(2)(A). Indeed, the Supreme Court has explained that this
mandatory detention scheme applies "at the Nation's borders and
ports of entry, where the Government must determine whether a[]
[noncitizen] seeking to enter the country is admissible." *Jennings v.
Rodriguez*, 583 U.S. 281, 287 (2018).

41.    Accordingly, the mandatory detention provision of §
1225(b)(2)(A) does not apply to people like Petitioner, who have
already entered and were residing in the United States at the time
they were apprehended.

## FACTS

42.    Petitioner has resided in the United States since January
10, 2000 and lives in Orlando, Forida.

43.    On August 20, 2025, Petitioner was arrested after a
FLOCK notification informed Officer C. Hadley, of the Office of
Agricultural Law Enforcement, that Petitioner's license was
suspended under the name "Cilfio Bautista" prompting Officer C.
Hadley to conduct a traffic stop of Petitioner's vehicle. Petitioner was
identified as Cilfio Bautista Orozco, and provided Officer C. Hadley
with a "Florida learners permit". Officer C. Hadley then conducted a

14

search of the license number that was suspended and the "Florida learners permit" Petitioner provided. Officer C. Hadley determined that the "Florida learners permit" was valid, and concluded that Petitioner added "Orozco" to his surname to obtain a new, valid license. Officer C. Hadley then arrested Petitioner, and charged him with Count 1, Fraudulent Application: Drivers License/Identification Card, and Count 2, Driving While License Suspended/Revoked. Petitioner is now detained at the Baker County Detention Center.

44.    DHS placed Petitioner in removal proceedings before the Miami Krome Immigration Court, pursuant to 8 U.S.C. § 1229a. ICE has charged Petitioner with, inter alia, being inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i) as someone who entered the United States without inspection.

45.    Mr. Bautista has every reason to return to the Immigration Court, as he intends to pursue fear-based claims related to Withholding of Removal and/or CAT protection. Mr. Bautista has secured a custodial sponsor that has pledged to provide support and assistance as needed throughout her immigration proceedings. Mr. Bautista will supplement further to dispute he is a danger to the community. Mr. Bautista has a fixed address to stay, should he be

released on a monetary bond. Mr. Bautista intends to comply with
any terms of release on monetary bond. Mr. Bautista will be
represented by the undersigned during these proceedings. Mr.
Bautista has friends and family that have pledged to provide
transportation for him. Petitioner is neither a flight risk nor a danger
to the community.

46.    Following Petitioner's arrest and transfer to Baker County
Detention Center, ICE issued a custody determination to continue
Petitioner's detention without an opportunity to post bond or be
released on other conditions.

47.    Petitioner subsequently requested a bond redetermination
hearing before an IJ.

48.    Pursuant to *Matter of Yajure Hurtado*, the immigration
judge is unable to consider Petitioner's bond request. On October 5,
2020, Petitioner was granted amelioration of the terms of his release
after a bond redetermination hearing before an IJ. The immigration
judge found him not to be a flight risk or danger to the community.

49.    As a result, Petitioner remains in detention. Without relief
from this court, He face the prospect of months, or even years, in
immigration custody, separated from their family and community.

# CLAIMS FOR RELIEF

## COUNT I

**Violation of the INA**

50.    Petitioner incorporates by reference the allegations of fact set forth in the preceding paragraphs.

51.    The mandatory detention provision at 8 U.S.C. § 1225(b)(2) does not apply to all noncitizens residing in the United States who are subject to the grounds of inadmissibility. As relevant here, it does not apply to those who previously entered the country and have been residing in the United States prior to being apprehended and placed in removal proceedings by Respondents. Such noncitizens are detained under § 1226(a), unless they are subject to § 1225(b)(1), § 1226(c), or § 1231.

52.    The application of § 1225(b)(2) to Petitioner unlawfully mandates his continued detention and violates the INA.

## COUNT II

### Violation of the Bond Regulations

53.   Petitioner incorporates by reference the allegations of fact set forth in preceding paragraphs.

54.   In 1997, after Congress amended the INA through IIRIRA, EOIR and the then-Immigration and Naturalization Service issued an interim rule to interpret and apply IIRIRA. Specifically, under the heading of "Apprehension, Custody, and Detention of [Noncitizens]," the agencies explained that "[d]espite being applicants for admission, [noncitizens] who are present without having been admitted or paroled (formerly referred to as [noncitizens] who entered without inspection) will be eligible for bond and bond redetermination." 62 Fed. Reg. at 10323 (emphasis added). The agencies thus made clear that individuals who had entered without inspection were eligible for consideration for bond and bond hearings before IJs under 8 U.S.C. § 1226 and its implementing regulations.

55.   Nonetheless, pursuant to *Matter of Yajure Hurtado*, EOIR has a policy and practice of applying § 1225(b)(2) to individual like Petitioner.

18

56.   The application of § 1225(b)(2) to Petitioner unlawfully mandates his continued detention and violates 8 C.F.R. §§ 236.1, 1236.1, and 1003.19.

## COUNT III

**Violation of Due Process**

57.   Petitioner repeats, re-alleges, and incorporates by reference each and every allegation in the preceding paragraphs as if fully set forth herein.

58.   The government may not deprive a person of life, liberty, or property without due process of law. U.S. Const. amend. V. "Freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty that the Clause protects." *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001).

59.   Petitioner has a fundamental interest in liberty and being free from official restraint.

60.   The government's detention of Petitioner without a bond redetermination hearing to determine whether he is a flight risk or danger to others violates his right to due process.

## PRAYER FOR RELIEF

**WHEREFORE**, Petitioner prays that this Court grant the following relief:

    a.    Assume jurisdiction over this matter;

    b.    Order that Petitioner shall not be transferred outside the Middle District of Florida while this habeas petition is pending;

    c.    Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days;

    d.    Issue a Writ of Habeas Corpus requiring that Respondents release Petitioner or, in the alternative, provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days;

    e.    Declare that Petitioner's detention is unlawful;

    f.    Award Petitioner attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended, 28 U.S.C. § 2412, and on any other basis justified under law; and

    g.    Grant any other and further relief that this Court deems just and proper.

DATED this 9th day of October, 2025.

By:    */s/Joel Alexis Caminero*
    Joel Alexis Caminero, Esq.
    Florida Bar # 127294
    Caminero Law, PLLC
    5728 Major Blvd, STE 750
    Orlando, FL 32819
    Tel. (407) 409-2529
    Email: joel@caminerolawfirm.com
    Attorney for Petitioner

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel in this case on October 9, 2025.

/s/ *Joel Alexis Caminero*
Joel Alexis Caminero, Esq.
Florida Bar # 127294
Attorney for Petitioner

JS 44   (Rev. 03/24)                          **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| CILFIO UDIEL BAUTISTA-OROZCO | Garrett RIPPA, Field Office Director of Enforcement and Removal Operations, Miami, Field Office, Immigration and ⊞ |

| **(b)**  County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Joel Alexis Caminero, Esq. Florida Bar # 127294 Caminero Law, PLLC ⊞ | Pamela Bondi, United States Attorney General James Uthmeier, Florida Attorney General |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
|---|---|---|---|
| ☒ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☒ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |
|---|---|---|---|---|---|---|

| **VI.  CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: _____ |
|---|---|
| | Brief description of cause: Petitioner is challenging the pre-trial detention order entered by the immigration judge in his removal proceedings. |

| **VII.  REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P. | **DEMAND $** | CHECK YES only if demanded in complaint: JURY DEMAND:  ☐ Yes  ☐ No |
|---|---|---|---|

| **VIII.  RELATED CASE(S) IF ANY** | *(See instructions:)* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| Oct 9, 2025 | /s/ Joel Caminero, Esq. |

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

Uploaded on 9/25/2025 at 01:49:00 PM (Eastern Daylight Time) Base File KRO
Case 3:25-cv-01215-MMH-MCR    Document 8-1    Filed 10/10/25    Page 23 of 85 PageID
111

**Joel Alexis Caminero, Esq.**                                    **DETAINED**
**Caminero Law**
**5728 Major Blvd**
**Suite 750**
**Orlando, FL 32819**
**joel@caminerolawfirm.com**
**407-409-2529**

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## UNITED STATES IMMIGRATION COURT
## ORLANDO, FL

| | |
|---|---|
| **IN THE MATTER OF** ) | |
| ) | **File No.: 087-712-437** |
| **Cilfio Udiel Bautista-Orozco** ) | |
| ) | |
| **Respondent,** ) | |
| ) | |
| **IN BOND PROCEEDINGS** ) | |
| ) | |

**Hon. IJ Pedro J. Espinal**                **Next Hearing Date: (MCH) 9/29/2025**

## MOTION FOR BOND REDETERMINATION

Uploaded on 9/25/2025 at 01:49:00 PM (Eastern Daylight Time) Base File KRO

**COMES NOW,** the Respondent, **Cilfio Udiel Bautista-Orozco** ("Mr. Bautista"), by and through undersigned counsel, asserts that he <u>is not</u> subject to mandatory detention pursuant to INA § 236(c); and pursuant to INA § 236(a), he is neither a flight risk, nor a danger to the community.

Respondent is currently detained by U.S. Immigration and Customs Enforcement (ICE) at <u>BAKER COUNTY FACILITY</u>, which is under the jurisdiction of the Orlando Immigration Court, FL. To the best of the undersigned counsel's knowledge, the Department of Homeland Security has set the Respondent's bond at none.

**STATEMENT OF FACTS**

1.      Respondent is a citizen of Guatemala, and a native of Guatemala.

**STATEMENT OF LAW AND ARGUMENT**

The Department has not alleged, has evidence of such, nor is counsel aware of any criminal convictions that would render the Respondent subject to mandatory detention under INA § 236(c). Therefore, this Court has jurisdiction to grant a bond pursuant to INA § 236(a).  *See Matter of Guerra*, <u>24 I&N Dec. 37</u> (BIA 2006) and *Matter of Adeniji*, <u>22 I&N Dec. 1102</u> (BIA 1999).  It is generally recognized that the purpose of continued detention under INA § 236 must be to facilitate the detention statute's goals of ensuring that an alien attend removal proceeding and that his release will not pose a danger to the community.

The Board has discussed several factors generally considered by Immigration Judges in determining whether an alien merits a discretionary release on bond. *Id.*  These factors include: <u>(1) whether the alien has a fixed address in the United States</u>; <u>(2) the alien's length of residence in the United States</u>; <u>(3) the alien's familial ties in the United States, and whether they may entitle the alien to reside permanently in the United States in the future</u>; <u>(4) the alien's employment history</u>; <u>(5) the alien's record of appearance in court</u>; <u>(6) the alien's criminal record, including the extensiveness of criminal activity, the recentness of such activity, and the</u>

Uploaded on 09/25/2025 at 01:49:00 PM (Eastern Daylight Time) Base File KRO
Case 3:23-cv-01213-MMH-MCR    Document 83-1    Filed 10/10/25    Page 25 of 85 PageID
113

seriousness of the offenses; (7) the alien's history of immigration violations; (8) any attempts by the alien to flee prosecution or otherwise escape from authorities; and (9) the alien's manner of entry to the United States. *Id.* The Immigration Judge also has "wide discretion in deciding factors that may be considered." *Matter of Guerra,* 24 I&N Dec. 37 (BIA 2006).  Furthermore, Respondent is neither a current flight risk nor a current danger to the community.

1. ***Mr. Bautista is not a Flight Risk***

Mr. Bautista has every reason to return to the Immigration Court, as he intends to pursue fear-based claims related to Withholding of Removal and/or CAT protection.

Mr. Bautista has secured a custodial sponsor that has pledged to provide support and assistance as needed throughout her immigration proceedings.

2. ***Mr. Bautista Is Not a Current Danger to the Community***

Mr. Bautista will supplement further to dispute he is a danger to the community.

3. ***Positive Discretionary Factors that Merit a Release on Bond***

1. Mr. Bautista has a fixed address to stay, should he be released on a monetary bond.

2. Mr. Bautista intends to comply with any terms of release on monetary bond.

3. Mr. Bautista will be represented by the undersigned during these bond proceedings.

4. Mr. Bautista has friends and family that has pledged to provide transportation for her.

**WHEREFORE**, counsel respectfully requests that this Court grant Mr. Bautista's request for a bond redetermination as Respondent is neither a flight risk nor a danger to the community.

Cilfio Udiel Bautista-Orozco
by counsel,

Dated: September 25, 2025

_____
Joel Alexis Caminero, Esq.
Caminero Law

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR BOND

REDETERMINATION was filed by eService/ECAS to the Office of the Chief Counsel, U.S.

Immigration and Customs Enforcement, U.S. Department of Homeland Security, on September

25, 2025, and DHS is currently participating in service by ECAS.

Joel Alexis Caminero, Esq.
Caminero Law
5728 Major Blvd, STE 750
Orlando, Florida 32819
Tel.: 407-409-2529
joel@caminerolawfirm.com

**Joel Alexis Caminero, Esq.**                                        **DETAINED**
**Caminero Law**
**5728 Major Blvd**
**Suite 750**
**Orlando, FL 32819**
**joel@caminerolawfirm.com**
**407-409-2529**


### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### UNITED STATES IMMIGRATION COURT
### ORLANDO, FL

| | |
|---|---|
| **IN THE MATTER OF** ) | |
| ) | **File No.: 087-712-437** |
| **Cilfio Udiel Bautista-Orozco** ) | |
| ) | |
| **Respondent,** ) | |
| ) | |
|   **IN BOND PROCEEDINGS** ) | |
| ) | |

**Hon. IJ Pedro J. Espinal**                    **Next Hearing Date:  9/29/2025**


### <u>SUPPLEMENTAL EVIDENCE IN SUPPORT OF</u>
### <u>MOTION FOR BOND REDETERMINATION</u>

Uploaded on 09/29/2025 at 01:49:40 PM (Eastern Daylight Time) Base File: KRO
Case 3:23-cv-01215-MMH-McR    Document 8-1    Filed 10/10/25    Page 28 of 85 PageID
116

**COMES NOW,** the Respondent, **Cilfio Udiel Bautista-Orozco** ("Mr. Bautista"), by and through undersigned counsel, and presents supplemental evidence in support of Bond Redetermination already scheduled.

| TAB | DESCRIPTION | PAGE |
|---|---|---|
| A | **[DANGER PRONG]** | |
| | Notice of Nolle Prosequi: Case HA-2025-000507-CT-A (Fraudulent Application: Drivers License/Identification Card) | 1 |
| | Jury Verdict – Not Guilty: Case 48-2023-CT-000865-O (DUI) | 2 |
| | Notice of Dismissal: Case 2023-CT-000866-A-O Dismissed after Not Guilty Jury Verdict | 3-5 |
| | Adjudication Guilty: Case 2024-CT-403990-A-O | 6-7 |
| | Criminal Dispositions for 2019-CF-013109, Battery on Law Enforcement Officer / Resisting without Violence, and 2009-CT-004754, Leave Scene Of Accident w/Property Damage; with correlating arrest affidavits. | 8-22 |
| B | **[FLIGHT RISK PRONG]** | |
| | Previously filed I-589 with EOIR on August 12, 2025 | 23-26 |
| | Signed Letter from Brianne Garcia in Support of Release | 27 |
| | Signed Letter from Johnna Davis in Support of Release | 28 |
| | Signed Letter from Wanda Ramos in Support of Release | 29 |
| | Signed Letter from Jose Reyes in Support of Release | 30 |
| | Signed Letter from Sandra Ramos Lopez in Support of Release | 31 |
| | Signed Letter from Cassandra Wren in Support of Release | 32 |
| | Declaration of Financial Support from Wanda Ramos | 33-50 |
| | Division of Corporations Ownership Records 2015-2025 | 51-52 |

**Cilfio Udiel Bautista-Orozco**
by counsel,

Dated: September 26, 2025

_Joel Alexis Caminero_

Joel Alexis Caminero, Esq.
Caminero Law

Uploaded on 09/29/2025 at 01:49:40 PM (Eastern Daylight Time) Base City: KRO
Case 3:25-cv-01215-MMH-McR   Document 3-1   Filed 10/10/25   Page 29 of 85 PageID
117

# TAB A

# TAB A

EOIR — 3 of 56

IN THE COUNTY COURT OF THE THIRD JUDICIAL CIRCUIT, IN AND FOR HAMILTON COUNTY, FLORIDA.

STATE OF FLORIDA,

-vs-

CILFIO UDIEL BAUTISTA OROZCO,

Defendant.

CASE NO:   HA-2025-000507-CT-A

CHARGE: 1)        FRAUDULENT APPLICATION: DRIVERS LICENSE/IDENTIFICATION CARD
2) DWLSR

_____

## NOTICE OF NOLLE PROSEQUI

The above-entitled cause has been investigated by the Office of State Attorney, and it appears that justice would best be served by the entry of a Nolle Prosequi.  The State therefore declined to prosecute that above cause for the following reason(s):

The defendant has been taken into custody by ICE.  No further action necessary.

If the above-named defendant is in custody, The Sheriff of HAMILTON County is hereby authorized to release the above-named defendant on the charge(s)     of:     FRAUDULENT     APPLICATION:     DRIVERS LICENSE/IDENTIFICATION CARD and DWLSR.

Dated this 12 day of September, 2025.

OFFICE OF THE STATE ATTORNEY
Third Judicial Circuit
310 Pine Ave SW
Live Oak, FL. 32064
Phone: (386) 362-2320

Original:  Clerk
Copy To: Sheriff
        FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER
SERVICES, 252920
        Kyle Mcleod
        Warrants Division

ARMINDA W. JANOUSEK
Assistant State Attorney
Florida Bar No. 196436

IN THE COUNTY COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA
        Plaintiff,

vs.

CASE NO: 48-2023-CT-000865-O

DIVISION: 81

CILFIO UDIEL BAUTISTA OROZCO
        Defendant.
_____/

## **V E R D I C T**

_____ WE, THE JURY, find the Defendant guilty of Driving Under the influence,

as charged under Florida Statute § 316.193(1).

  X   WE, THE JURY, find the Defendant not guilty.

SO SAY WE ALL.

DATED at Orlando, Orange County, Florida, on this 15 day of

_____March_____, 20 24 .

_____
FOREPERSON

FILED IN OPEN COURT 03/14/2024
Clerk. Co...
By _____

🖶 Print     2023-CT-000866-A-O : STATE OF FLORIDA vs. BAUTISTA OROZCO, CILFIO UDIEL

## Case Header ⌄

Case Type:   Criminal Traffic
Date Filed:   2/6/2023
Location:   Orlando - TR
UCN:   482023CT000866000AOX
Judge:   Mark A Skipper
Status:   Closed
Citation Number:   A3IERKP
Compliance Date:   Thursday, March 14, 2024

## Parties ⌄

| Name | DOB | Type | Attorney | Atty Phone |
|------|-----|------|----------|------------|
| STATE OF FLORIDA | | Plaintiff | | |
| CILFIO UDIEL BAUTISTA OROZCO | 7/13/1979 | Defendant | MARKUS MURDEN | 407-766-7534 |

## Charge Details ⌄

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|--------------|--------|------|--------|-------------|----------|
| 2/5/2023 | 1. CT-OPERATING MOTOR VEH WITHOUT VALID DL Statute: 322.03(1) Second Degree - Misd | | 2/5/2023 OBTS:8888888888 Sequence:1 Control Number:202300046775 Arresting Agency:Orlando Police Department | 3/14/2024 Dismissed 5/22/2023 Pre-Trial Diversion | |

## Docket Events ⌄

Document Status: 🖹 = Public  🖹 = Non-Public Document  🔒 = VOR  🗂 = Confidential  🖃 = Sealed  ⊘ = Request Pending

| Date | Description | Pages | Doc |
|------|-------------|-------|-----|
| 03/15/2024 | | 2 | |
| | Comments: Document Delivery: NATES BAIL BONDS - Sent 3/15/2024 3:48:04 PM | | |
| 03/14/2024 | Disposition | | |
| 03/14/2024 | HEARING - Trial - Skipper, Mark A | | |
| 03/13/2024 | Per the Court: Comments: This hearing will be IN PERSON, unless the Defendant requests, and the Court permits the use of communication technology pursuant to Fla. R. Crim. P. 3.116. All parties are REQUIRED to comply with the Ninth Judicial Circuit s Unified Pre-Trial Order. It is your responsibility to contact the judicial assistant at least two business days prior to your hearing to confirm your correct email address. If you have any further questions regarding your hearing or the Unified Pre-Trial Order, please contact Debbie Boxley, Judicial Assistant at ctjadb1@ocnjcc.org | | |

Uploaded on 09/26/2025 at 01:49:40 PM (Eastern Daylight Time) Base City KRO
9/26/25, 11:58 AM    Case 3:23-cv-01215-MMH-MCR    Document 60-1    Filed 09/30/25    Page 33 of 85 PageID 121    Orange County Clerk of Court - Record Search    Page 33 of 85 PageID
004    004

| Date | Description | Pages | Doc |
|------|-------------|-------|-----|
| 03/13/2024 | Per the Court:<br>Comments: State Orally Amended Charge. | | |
| 03/13/2024 | Per the Court:<br>Comments: State Orally Amended Charge. | | |
| 03/13/2024 | | 2 | |
| 03/13/2024 | | 2 | |
| 03/13/2024 | | 6 | |

## Hearings

| Date | Hearing | Time | Location | Pages | Doc |
|------|---------|------|----------|-------|-----|
| 3/14/2024 | Trial - Skipper, Mark A | 9:00 AM | Room 6-B On The 6th Floor | | |
| 3/13/2024 | Trial - Skipper, Mark A (Actual: Walker, K. Doug) | 9:00 AM | Room 6-B On The 6th Floor | 6 | 📄 |
| 2/19/2024 | Trial Management Conference - Walker, K. Doug (Actual: Walker, K. Doug) | 9:30 AM | Room 6-B On The 6th Floor | 4 | 📄 |
| 2/2/2024 | Pre-Trial Conference - Walker, K. Doug (Actual: Walker, K. Doug) | 10:00 AM | Room 6-B On The 6th Floor | 4 | 📄 |
| 12/8/2023 | Status Hearing - Walker, K. Doug (Actual: Walker, K. Doug) | 9:00 AM | Room 6-B On The 6th Floor | 5 | 📄 |
| 10/9/2023 | Trial Management Conference - Walker, K. Doug (Actual: Walker, K. Doug) | 9:30 AM | Room 6-B On The 6th Floor | 5 | 📄 |
| 5/22/2023 | Trial Management Conference - Walker, K. Doug (Actual: Walker, K. Doug) | 10:00 AM | Room 6-B On The 6th Floor | 4 | 📄 |
| 3/17/2023 | Pre-Trial Conference - Walker, K. Doug | 10:00 AM | Room 6-B On The 6th Floor | | |
| 3/1/2023 | CANCELED-Cancelled Arraignment - Adams, Martha C | 7:30 AM | Room 4-C On The 4th Floor | | |

## Financial

| Date | Description | Payer | Amount |
|------|-------------|-------|--------|

## Bonds

| Description | Status Date | Bond Status | Image | Amount |
|-------------|-------------|-------------|-------|--------|
| 1 Surety Bond U521535129 | 2/6/2023 | Bond Active | 📄 | 500.00 |

Warrants  ⌄

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
| --- | --- | --- | --- | --- | --- | --- |

Uploaded Case 09/26/2025 at 01:49:49 PM (Eastern Daylight Time) Base File KRO 006

In the County Court of the
Ninth Judicial Circuit, in and
for Orange County, Florida

Division: Orlando - TR
Case No: 2024-CT-403990-A-O
Courtroom: 4-C

State of Florida,
                    Plaintiff,

vs.


CILFIO UDIEL BAUTISTA OROZCO
                    Defendant.


Date of birth:      7/13/1979

---

## JUDGMENT

---

The defendant, CILFIO UDIEL BAUTISTA OROZCO, being personally before this Court, represented by , and the state represented by The State of Florida:

| CHARGES | STATUTE | LEVEL/DEGREE | PLEA | DISPOSITION |
|---|---|---|---|---|
| 1. CT-DRIVING WHILE LICENSE SUSP/REVOKED WITH KNOWLEDGE | 322.34(2) | Second Degree - Misd | Nolo Contendere | 1 - Adjudicated Guilty |

Filed in Open Court on July 30, 2024

Deputy Clerk in Attendance:  Kathy P., Malaya K.
Office of Tiffany M. Russell, Orange County Clerk of the Circuit and County Courts

Page 1 of 1

State of Florida

v.

Defendant: *Cilfio Bautista*

Case Number: *2024-CT-403990AO*

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |
| 1. Left Thumb | 2. Left Index | 3. Left Middle | 4. Left Ring | 5. Left Little |
| | | | | |

Fingerprints taken by: *L. Sotomayor*

Name                                          Title  *D/S*

I HEREBY CERTIFY that the above and foregoing are the fingerprints of

the defendant, *Cilfio Bautista*, and that they were
placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in ORANGE County, Florida, this
_*30*_ day of _*July*_, 20*24*.

_____
Judge

2019-CF-013109-A-O : STATE OF FLORIDA - VS - BAUTISTA, CILFIO UDIEL

## Case Header  ⌄

Case Type:    Criminal Felony
Date Filed:    9/15/2019
Location:    Div 20
UCN:    482019CF013109000AOX
Judge:    Julie H O'Kane
Status:    Closed
Citation Number:
Compliance Date:

## Parties  ⌄

| Name | DOB | Type | Attorney | Atty Phone |
|------|-----|------|----------|-----------|
| CILFIO UDIEL BAUTISTA | 7/13/1979 | Defendant | OCTAVIO ANDRADE | 407-389-5151 |
| STATE OF FLORIDA | | Plaintiff | | |

## Charge Details  ⌄

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|--------------|--------|------|--------|-------------|----------|
| 9/15/2019 | 1. BATTERY ON A LAW ENFORCEMENT OFFICER Statute: 784.07(2)(B) Third Degree - Felony | 1/28/2020 Nolo Contendere | 9/15/2019 OBTS:8888888888 Sequence:001 Control Number:19OFF004192 Arresting Agency:Ocoee Police Department | 1/28/2020 1 - Adjudication Withheld | |
| 9/15/2019 | 2. RESISTING OFFICER WITHOUT VIOLENCE Statute: 843.02 First Degree - Misd | 1/28/2020 Nolo Contendere | 9/15/2019 OBTS:8888888888 Sequence:002 Control Number:19OFF004192 Arresting Agency:Ocoee Police Department | 1/28/2020 1 - Adjudication Withheld | |

## Docket Events  ⌄

Document Status: ▪ = Public   🔒 = VOR   ▦ = Confidential   ✉ = Sealed   ⊘ = Request Pending.

| Date | Description | Pages | Doc | Request Doc |
|------|-------------|-------|-----|-------------|
| 2/3/2020 | HEARING - CANCELED-Cancelled Trial - O'Kane, Julie H | | | |
| 1/30/2020 | | 1 | | |
| 1/30/2020 | Bond Discharged | | | |
| 1/30/2020 | | 1 | | |
| 1/30/2020 | | 1 | | |
| 1/28/2020 | | 2 | | |
| 1/28/2020 | | 4 | | |
| 1/28/2020 | | 1 | | |

| Date | Description | Pages | Doc | Request Doc |
|------|-------------|-------|-----|-------------|
| 1/28/2020 | | 1 | | |
| 1/28/2020 | | 2 | | |
| 1/28/2020 | Disposition | | | |
| 1/28/2020 | Interpreter Needed or Required<br>Comments: A Spanish Interpreter was Sworn and Interpreted in this Case | | | |
| 1/28/2020 | Defendant Waived Pre-Sentence Investigation | | | |
| 1/28/2020 | Conditions of Probation<br>Comments: Fines & Costs to be Paid through Probation as a Condition of the | | | |

## Hearings ⌄

| Date | Hearing | Time | Location | Pages | Doc |
|------|---------|------|----------|-------|-----|
| 2/3/2020 | CANCELED-Cancelled Trial - O'Kane, Julie H | 8:30 AM | Room 9-D On The 9th Floor | | |
| 1/28/2020 | Plea Hearing - O'Kane, Julie H (Actual: Marques, Leticia) | 9:00 AM | Room 6-D On The 6th Floor | | |
| 1/21/2020 | Pre-Trial Conference - O'Kane, Julie H (Actual: Marques, Leticia) | 8:30 AM | Room 6-D On The 6th Floor | | |
| 11/27/2019 | Arraignment - Kest, John Marshall (Actual: Kest, John Marshall) | 8:30 AM | Room 18-A On The 18th Floor | | |

## Financial ⌄

| Date | Description | Payer | Amount |
|------|-------------|-------|--------|
| 1/28/2020 | Transaction Assessment | | 668.00 |
| 3/3/2020 | Payment | BAUTISTA, CILFIO UDIEL | -426.00 |
| 3/23/2020 | Payment | BAUTISTA, CILFIO UDIEL | -96.15 |
| 3/23/2020 | Payment | BAUTISTA, CILFIO UDIEL | -96.15 |
| 3/30/2020 | Transaction Assessment | BAUTISTA, CILFIO UDIEL | 96.15 |
| 4/20/2020 | Payment | BAUTISTA, CILFIO UDIEL | -145.85 |

## Bonds ⌄

| Description | Status Date | Bond Status | Image | Amount |
|-------------|-------------|-------------|-------|--------|
| 1 Surety Bond U520768585 | 9/17/2019 | Bond Active | 📄 | 2500.00 |
| | 1/30/2020 | Bond Discharged | | |
| 2 Surety Bond U520768586 | 9/17/2019 | Bond Active | 📄 | 500.00 |

010
010

| Description | Status Date | Bond Status | Image | Amount |
|---|---|---|---|---|
| | 1/30/2020 | Bond Discharged | | |

## Warrants ˅

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|

010
010

Uploaded Cas 09/30/2025-au02 48:10 PM NEmerw Daylight Time Base City KRO 10/25 Page 40 of 85 PageID 011
Case 3:25-cv-01213-MMH-MCR Document 8-1 Filed 10/10/25 Page 40 of 85 PageID 011 128
Refresh your browser (can click [F5] key on your keyboard) if your document does not appear within a few seconds.

9/16/2019 12:59 PM FILED IN OFFICE OF TIFFANY M. RUSSELL CLERK OF CIRCUIT COURT ORANGE COUNT

| Orange County | ICJIS Arrest Affidavit (continued) | |
|---|---|---|
| Arrested ☑  At- Large ☐  JRA ☐ | Document #:  874469 | Division #: JMK34 |
| Document Date:  09/15/2019 | | Court Case #: 48-2019-CF-01310 |
| Defendant's Name  BAUTISTA, CILFIO UDIEL | | Agency Case Number:  19OFF004192 |

**NARRATIVE:**  The undersigned has probable cause to believe the above-named defendant on the ___15___ of __September 20__ at __21:41__ at __328 LITTLE ROCK CT__ (Zone: __C03__ ) in Orange Co

While conducting patrol in the City of Ocoee, on September 15, 2019 at approximately 2052 hours, I, Officer Ramirez observed a Tundra pick up truck bearing FL tag LGAZ59 run the stop sign on Little Spring Hill Drive to go south on Little Spring Hill intersection of Wurst Road. I then conducted a traffic stop on the vehicle on Little Spring Hill Drive approaching Little Rock Cou marked patrol vehicle and activating my lights and sirens. The vehicle made a complete stop in the front lawn area in front of 32 Court. The driver of the vehicle later identified as Juan Bautista Orozco opened the driver's side door and began to walk towards the residence at 328 Little Rock Court. I made face to face contact of Juan watching him look at me standing by the front door. I Juan to come back and he did not listen to my commands. As I was walking towards the front of the residence, a Hispanic male la as Cilfio Udiel Bautista went in front of me and pushed me with his arms crossed while he was holding a can of beer. I was met group of approximately eight Hispanic males yelling obscenities and did not let me talk to the driver Juan of the vehicle. Juan th to go inside the residence. Cilfio continued to yell and get in my face as I was trying to control the crowd. I went around the g some space to attempt to control the crowd. Cilfio continued to confront me about why I was at the residence. I challenged Cil electronic control weapon (TASER) and he backed up away from me. I did not deploy my taser.

Moments later, I saw Officer's arriving on scene. I holstered my electronic control weapon (TASER). Cilfio continued to argue began to walk towards the front door of the residence. I followed Cilfio towards the front door and he went inside the residence. to walk into the front of the residence to attempt to tell Cilfio to come back outside he refused. A Hispanic male later identifi Sindulfio Bautista Orozco began to close the door. I attempted to keep the door open and Seibin pushed me with both open hand me from going through the front door. Officers were able to open the door. Officers commanded Cilfio to get on the ground. I red to the ground. I handcuffed Cilfio in the prone position. Seibin resisted Officers with violence. (See supplement). Officers det inside the residence near the front door. The driver Juan, came outside after we had Seibin and Cilfio arrested. I identified Juan as the vehicle and Officers detained him on scene.

Based on the evidence, I have probable cause to charge Seibin and Cilfio with 843.02 FDLE REC# 3143 RESIST OFFICER VIOLENCE. Seibin and Cilfio did resist, obstruct or oppose I, Officer Ramirez a law enforcement officer of the Ocoee Police Depar execution of a legal process or in the lawful execution of a legal duty, without offering or doing violence to the person of such of Statute 843.02. (1 DEG MISD)

And

I have probable cause to charge Cilfio and Seibin with 784.07(2)(b) FDLE REC# 2573BATTERY ON A LAW ENFORCEMENT OFI and Seibin did actually and intentionally touch or strike I, Officer Ramirez while I was engaged in the lawful performance of a Cilfio and Seibin knew that I, Officer Ramirez was a law enforcement officer, Florida Statute 784.03(1) and 784.07(2)(b). (3 DEG FEL) (LEVE

And

I have probable cause to charge Seibin with 843.01 FDLE REC# 3142 RESIST OFFICER WITH VIOLENCE. Seibin did knowingly resist, obstruct, or oppose Ocoee Police Officers, or any other person legally authorized to execute process in the execution of a or in the lawful execution of a legal duty, by offering or doing violence to the person of such officer, Florida Statute 843.01. (LEVEL 5).

| STATE OF FLORIDA | I swear or affirm the above statements are correct and true | (407) 905- |
|---|---|---|
| COUNTY OF ORANGE | Officer's | Officer's Bus Ph |
| Sworn and subscribed before me , | Signature — | RAMIREZ, MATTHEW |

EOIR – 14 of 56

https://myeclerk.myorangeclerk.com/DocView/Doc?request=67036213&eCode=LDZ5B5OtlcT9dofiSF1u7SmUHHph%2FxKfmCxe5BG4YYnXndZEu...          1/2

| this 012 26 | day of | September | year | 2019 | | 012's Name/II |
|---|---|---|---|---|---|---|

Notary Public ☑  Law Enforcement or Corrections Officer ☐

Notice to Defendant Regarding Social Security Number: This Law Enforcement Agency has a security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming



EN EL TRIBUNAL DEL CONDADO DEL NOVENO DISTRITO JUDICIAL
EN Y POR EL CONDADO DE ORANGE/OSCEOLA, FLORIDA

EL ESTADO DE FLORIDA,

NUMERO DE CAUSA: _19-CF-13109-0_

Vs.

DIVISION: _20_

_Cilfio Bautista_ Acusado(a)

FILED IN OPEN COURT _(/28/2020_
Tiffany Moore Russell Clerk Cir Ct Orange Co Fl

**ACUERDO DECLARATORIO**

By_____ Deputy Clerk

**1. DECLARACION.** Yo, _Cilfio Bautista_, Acusado (a), <u>retiro</u> mi declaración o declaraciones de no culpable, para interponer una declaración de:

Cargo _I_ ( ) Culpable, (✓) Nolo contendere (✓) al delito imputado ( ) al delito subsumido _Battery on LEO_
Grado _F-3_ L.F. _789.07 (2b)_ Pena máxima _5 años_ Pena Mínima Obligatoria _0_

Cargo _II_ ( ) Culpable, (✓) Nolo contendere (✓) al delito imputado ( ) al delito subsumido _Resisting w/out Violen_
Grado _M-1_ L.F. _813.02_ Pena máxima _1 año_ Pena Mínima Obligatoria _0_

Cargo____ ( ) Culpable, ( ) Nolo contendere ( ) al delito imputado ( ) al delito subsumido_____
Grado_____ L.F._____ Pena máxima _____ Pena Mínima Obligatoria _____

Cargo____ ( ) Culpable, ( ) Nolo contendere ( ) al delito imputado ( ) al delito subsumido_____
Grado_____ L.F._____ Pena máxima _____ Pena Mínima Obligatoria _____

Cargo____ ( ) Culpable, ( ) Nolo contendere ( ) al delito imputado ( ) al delito subsumido_____
Grado_____ L.F._____ Pena máxima _____ Pena Mínima Obligatoria _____

Cargo____ ( ) Culpable, ( ) Nolo contendere ( ) al delito imputado ( ) al delito subsumido_____
Grado_____ L.F._____ Pena máxima _____ Pena Mínima Obligatoria _____

Cargo____ ( ) Culpable, ( ) Nolo contendere ( ) al delito imputado ( ) al delito subsumido_____
Grado_____ L.F._____ Pena máxima _____ Pena Mínima Obligatoria _____

**2. PROMESAS/RECOMENDACIONES.** Nadie me ha hecho promesa alguna para que acepte este acuerdo declaratorio, excepto como consta en la presente:

A.  La fiscalía y yo acordamos lo siguiente: _I) w/h adj; 18 months Probation '50/18_
_Court Cost; Letter of Apology II) w/h Adj; CTS._

B.  La fiscalía recomienda lo siguiente:_____

C.  El/La Juez ha prometido: _____

**3. SANCIONES:** Entiendo que la pena máxima por el(los) delito(s) será de _6 años_ más una multa máxima de
$ _6000_ más costas judiciales, honorarios, costas de investigación, e indemnización. _CB_ **(Iniciales del acusado)**

**4. DERECHOS DE JUICIO.** Entiendo que si el Juez acepta mi declaración(es), renuncio a mi derecho a: (1) un juicio oral con jurado; (2) que un jurado determine mi culpabilidad o inocencia; (3) a carear los testigos y que el(los) abogado(s) los interrogue en representación mía; (4) citar testigos y presentar ante un jurado cualquier argumento y elemento de prueba en mi defensa; (5) testificar o guardar silencio; (6) requerir que la fiscalía demuestre mi culpabilidad mediante pruebas admisibles y fuera de toda duda razonable, antes de que pueda ser hallado culpable. _CB_ **(Iniciales del acusado)**

Plea-Form.ESP.2013

Página 1

6

013

013

Acusado _____   Número de Causa: _____

**5. COMPRENSION DE LA DECLARACION:** Entiendo que una declaración de inocencia niega el haber cometido el(los) delito(s), y que una de culpabilidad admite el haberlo(s) cometido, y una de *Nolo Contendere* indica que no disputo las pruebas que existen en mi contra. Además, entiendo que si el/la Juez acepta el acuerdo declaratorio, no se celebrará un juicio oral y se me impondrá la sentencia en base a dicho acuerdo. *YCB* **(Iniciales del acusado)**

**6. CARGOS, DEFENSAS, SANCIONES.** Leí el Escrito Acusatorio/Auto Inculpatorio en esta causa y entiendo el(los) cargo(s) ante los cuales presento mi(s) declaración(es). Revisé las pruebas en mi contra. No tengo conocimiento de ninguna prueba material que contenga ADN y que pudiera exonerarme. Mi abogado me ha informado de la pena máxima, los elementos esenciales, y las posibles defensas en contra de dicha acusacion. Entiendo esto, y también comprendo que si me encuentro bajo un régimen de reclusión domiciliaria/libertad vigilada o condicional, tal régimen podrá ser revocado y se me podrá imponer una condena por separado y hasta por el máximo permisible por el cargo correspondiente al régimen, aparte de la sentencia impuesta en la presente causa. *C B* **(Iniciales del acusado)**

**7. VOLUNTARIEDAD:** Nadie me ha presionado, forzado, amenazado, o coaccionado para que presente este acuerdo declaratorio. Estoy presentando esta declaración porque: (X) creo que soy culpable o ( ) creo que es lo mejor para mí. Estoy presentando este acuerdo declaratorio libre y voluntariamente. *C B* **(Iniciales del acusado)**

**8. DEPORTACION. Entiendo que si no soy ciudadano(a) de los Estados Unidos, *SERÉ* deportado(a).** Tuve además la plena oportunidad de consultar con un abogado en cuanto a cualquier posible deportación. Entiendo que ningún abogado ni juez puede asesorarme ni garantizarme si voy a ser deportado(a) o no. *C B* **(Iniciales del acusado)**

**9. EDUCACION:** El máximo nivel o grado de educación que he alcanzado es: _8 7th grade_
Leo y escribo ( ) Inglés ( )Español. Yo ( ) lei ( ) me fue leído este Acuerdo Declaratorio por_____
*C B* **(Iniciales del acusado).**

**10. ESTADO FISICO-MENTAL.** En estos momentos, no me encuentro bajo los efectos del alcohol, drogas, medicamentos, o narcóticos. Yo ( ) estoy (x)no estoy actualmente consumiendo medicamento alguno. Actualmente tomo el siguiente medicamento: _____. Dicho medicamento ( ) afecta ( ) no afecta mi capacidad de concentrarme o pensar con claridad. No sufro de trastornos físicos o mentales que puedan afectar mi comprensión de estas diligencias. *C B* **(Iniciales del acusado)**

**11. SENTENCIA CALIFICABLE:** Entiendo que la Fiscalía del Estado de Florida está ( ) no está (x) considerando solicitar una sentencia calificable tal como: _____ por la cual el/la Juez podrá imponer una sentencia de _____
*C B.* **(Iniciales del acusado).**

**12. EXPRESIDIARIO HABITUAL:** Entiendo que seré sentenciado al máximo previsto por la ley, a menos que el/la Juez pueda darme una sentencia mayor si es que estoy presentando una declaración de Culpable/*Nolo Contendere* al delito/delitos previsto en el artículo 775.082(9)(a)1 de la Ley de Florida y: (1) el delito se ha cometido dentro de un plazo de tres años de mi excarcelación de un centro correccional estatal, que sea administrado por el Departamento Correccional o por un contratista independiente, o de una institución correccional de otro estado, bien sea el Distrito de Columbia, los Estados Unidos, o alguna jurisdicción del exterior; (2) el delito fue cometido mientras cumplía un sentencia penitenciaria en centros como los antes mencionados; o (3) el delito fue cometido después de haber sido calificado como prófugo. *C B* **(Iniciales del acusado)**

**13. CODIGO PENAL DE CONDENAS:** Entiendo que mi sentencia será impuesta en conformidad con la Ley de Florida y la Hoja de Cálculo del Código Penal de Condenas (CPCS por sus siglas en inglés). El CPCS será computado en base a el(los) delito(s) por el cual estoy presentando el(los) acuerdo(s) declaratorio(s) y como también mis antecedentes penales. Entiendo que no se me permitirá retirar mi(s) declaración(es) si el cómputo (CPCS) apropiado durante el momento de mi sentencia es diferente al que se presume en estos momentos. Entiendo que el CPCS solamente sugiere una sentencia mínima y que el/la Juez puede sentenciarme a cualquier sentencia legal. Entiendo que el /la Juez podrá imponer una sentencia de cadena perpetua por cualquier delito grave si mi Puntaje Total de Sentencia es mayor o igual a: 363. Entiendo que el máximo de mi sentencia depende del máximo permisible por ley, a menos que una Sentencia Mínima de Prisión Permisible en meses, exceda la sentencia máxima según la ley. Nadie me ha prometido que el/la Juez se saldrá del marco del cómputo del CPCS. *C B* **(Iniciales del acusado)**

**14. TIEMPO CUMPLIDO:** Estoy de acuerdo que el período correcto de tiempo cumplido al que tengo derecho es de _____.
*C B* **(Iniciales del acusado)**

Plea-Form.ESP.2013                                                                                    Página 2

_____

<u>Acusado</u>                           Número de Causa: _____

**15. EXCARCELACIÓN ANTICIPADA:** Entiendo que posiblemente tendré que cumplir con cada día de mi sentencia. Nadie me ha prometido que seré puesto en libertad antes de que cumpla el plazo de mi sentencia ni que recibiré tiempo de compensación por buena conducta. $\underline{C\,B}$ **(Iniciales del acusado)**

**16. HONORARIOS DE ABOGADO:** Yo ( ) no renuncio ( ) renuncio a mi derecho a tener una audiencia, y estoy de acuerdo que la suma de $_____ es una cantidad razonable a pagar por los servicios de mi abogado de oficio.
$\underline{C\,B}$ **(Iniciales del acusado).**

**17. INTERNAMIENTO CIVIL FORZOSO:** Entiendo que si estoy presentando una declaración de Culpabilidad/*Nolo contendere* ante un delito de motivación sexual o si previamente he sido condenado por un delito de motivación sexual, este acuerdo declaratorio me expone a un internamiento civil forzoso como depredador sexual violento al completar mi sentencia.
$\underline{C\,B}$ **(Iniciales del acusado)**

**18. LICENCIA DE CONDUCIR:** Entiendo que si estoy presentando esta declaración de Culpabilidad o *Nolo Contendere* a un delito que conlleve una suspensión/ revocación de la licencia/derecho de conducir de manera automática, obligatoria o facultativa; o si tal suspensión/ revocación por parte del Juez o entidades extrajudiciales sea requerida o discrecional por ley, este acuerdo declaratorio servirá como fundamento para dicha suspensión o revocación. Entiendo que si estoy presentando una declaración de Culpabilidad/*Nolo contenderé* ante una infracción de tránsito, se me podrá clasificar como Reincidente Infractor de Tránsito.
$\underline{C\,B}$ **(Iniciales del acusado)**

**19. ABONO DE COSTOS DE SUPERVISION:** Entiendo que mientras me encuentre encarcelado(a), se me acreditará todo tiempo transcurrido en el régimen de libertad vigilada/reclusión domiciliaria/libertad condicional, a menos que el Juez ordene lo contrario. Entiendo que si se me impone tal régimen, se me exigirá el pago de los costos de supervisión. $\underline{C\,B}$ **(Iniciales del acusado)**

**20. ADN:** Entiendo que el/la Juez me ordenará que suministre una muestra de ADN. $\underline{C\,B}$ **(Iniciales del acusado)**

**21. FECHA DE LA SENTENCIA:** Entiendo que si el/la Juez me permitiera permanecer en libertad hasta que se celebre mi sentencia, he de cumplir con las siguientes condiciones: (1) comparecer a la hora y fecha señalada para la sentencia; (2) no infringir las condiciones de mi libertad; (3) no quebrantar ninguna ley; (4) cumplir con todos los requisitos del Departamento Correccional para que se realice un Reporte de Investigación Pre-condenatorio (si es requerido); y (5) avisar inmediatamente a cerca de cualquier cambio de domicilio o número telefónico a la Secretaría del Tribunal, al agente fiador, y a mí(s) abogado(s). Entiendo que de contravenir cualquiera de las condiciones previamente mencionadas, no se me permitirá anular mi acuerdo declaratorio y el/la Juez podrá sentenciarme a las máximas sanciones previstas en el Párrafo 3. $\underline{C\,B}$ **(Iniciales del acusado)**

**22. TRIBUNAL DE COBRANZAS:** Entiendo que si mis deudas fueran remitidas al Programa de Cobranzas del Tribunal para ser cobradas, el incumplimiento de los requerimientos que rigen este programa conllevará a la suspensión de mi derecho a conducir, a que se emita una orden de detención y a que mi caso sea referido a una agencia de cobros para que se haga efectivo el cobro de multas y costas del tribunal. $\underline{C\,B}$ **(Iniciales del acusado).**

**23. PRESENCIA EN AUDIENCIAS:** Yo ( ) renuncio (x) no renuncio a mi derecho de asistir a cualquier audiencia por concepto de indemnización, costas, y los honorarios de abogado. $\underline{C\,B}$ **(Iniciales del acusado)**

**24. CANCELACION:** Nadie me ha prometido que este caso será sellado o cancelado del registro judicial.
$\underline{C\,B}$ **(Iniciales del acusado)**

**25. APELACION:** Entiendo que tengo treinta (30) días para interponer ante la Secretaría del Tribunal un recurso de apelación por escrito referente al Fallo y la Sentencia del Juzgado. Mi abogado me ha explicado en que consiste un proceso de apelación. Al presentar este acuerdo declaratorio, entiendo que renuncio a mi derecho de apelar cualquier decisión <u>con excepción de:</u> (1) la legalidad de la sentencia, (2) la autoridad del Juez para escuchar este caso, y (3) cualquier decisión emitida durante el antejuicio para el cual me reservé el derecho apelación, y para el cual este tribunal emitió un dictamen que controla algún asunto relacionado con este caso.
$\underline{C\,B}$ **(Iniciales del acusado)**

**26. CERTIFICACION DEL ACUSADO:** Leí y entendí cada palabra de este Acuerdo Declaratorio. Traté sobre el contenido del mismo con mi abogado, y lo entiendo en su totalidad. Estoy completamente satisfecho con la manera en que mi abogado gestionó el caso en mi representación. Mi abogado hizo todo lo que le pedí.
$\underline{C\,B}$ **(Iniciales del acusado)**

Plea-Form.ESP.2013                                              Página 3

Uploaded on 02/20/2025 at 01:49 PM (Eastern Daylight Time) Base File KRO
Case 3:23-cv-01213-MMH-MCR    Document 8-3    Filed 10/10/25    Page 45 of 85 PageID
133
016                                                                                016

_____ _____ _____
                          Acusado                        Número de Causa: _____

**JURAMENTADO, FIRMADO Y PRESENTADO ANTE EL TRIBUNAL EN PLENO,** en presencia del abogado defensor y el/la
Juez en este día _____ del mes de _____ del año 20_____.

En el Tribunal del Condado de Orange/Osceola
Secretaría del Tribunal del Circuito                    _____
y del Condado                                            Firma del Acusado

By_____
Deputy Clerk in Attendance

## CERTIFICATE OF DEFENDANT'S ATTORNEY(S) AND PROSECUTOR

I/We, Defendant's Counsel of Record, certify that: I/We have discussed this case with the defendant, including the nature of
the charges, essential elements of each, the evidence against him/her of which I am aware, the possible defense he/she has, the
maximum penalty for the charge(s), and the right to appeal. I believe the defendant fully understands this written plea, the
consequences of entering it, and that the plea is entered of the defendant's own free will.

I, the Prosecutor, consent to the plea(s) to lesser charges, if applicable, and confirm the representations made in Paragraph 2.

_____                          _____
Defendant's Attorney                                     Prosecutor
Florida Bar No. _CO98973_                                 Florida Bar No. _120264_

### DNA INQUIRY ADDENDUM TO PLEA OF GUILTY OR *NOLO CONTENDERE*

**DEFENSE COUNSEL**

_____ I have reviewed the discovery disclosed by the state, including a listing or description of physical items of evidence.
He tratado sobre el intercambio de pruebas divulgadas por la Fiscalía, incluso una lista o descripción de elementos de pruebas
materiales.

_____ I have reviewed with my client the nature of the evidence disclosed through discovery.
He tratado con mi cliente la naturaleza de las pruebas reveladas por medio del intercambio de pruebas.

_____ I am personally unaware of any physical evidence for which DNA testing may exonerate my client.
Personalmente no tengo conocimiento alguno de cualquier prueba ADN que pudiera exonerar a mi cliente.

_____                          1/28/2020
Defendant's Attorney(s) Abogado Defensor                 Date/Fecha
Florida Bar No. /No. de Colegiatura de Abogados de Florida _CC98973_

**DEFENDANT** (ACUSADO)

He tratado el intercambio de pruebas como también la información arriba mencionada con mi abogado, y estoy de acuedo con sus
indicaciones.

_____                          1/28/2020
Acusado                                                   Fecha

**PROSECUTOR**

I am personally unaware of any physical evidence for which DNA testing may exonerate the defendant.

_____                          1/28/20
Prosecutor                                                Date
Florida Bar No. _120264_

Plea-Form.ESP.2013                                                              Página 4

Uploaded Case 9:23-cv-81215-MMM Western Daylight Time Base Filed 10/10/25 Page 46 of 85 PageID 134

# Orange County ICJIS Arrest Affidavit

| Arrested ☑ | At-Large ☐ | JRA ☐ | Document #: 874469 | Division #: JMK34 |
|---|---|---|---|---|
| **Document Date:** 09/15/2019 | | | | Court Case #: 48-2019-CF-013109-A-O |

| Location of Defendant Vehicle: | | Date-Time Booked: | 09/16/2019 01:01 | Agency Case Number: | 19OFF004192 |
|---|---|---|---|---|---|
| **(ORI) : FL0480300** | Agency Name: Ocoee Police Department | | FCIC/NCIC Check: ☑ | Date-Time of Arrest: | 09/15/2019 21:41 |

**Address of Arrest:** 328 LITTLE ROCK CT

| DEFENDANT | Adult ☑ | Juvenile ☐ | Jacket Number: | | Inmate Number: | 19027302 | Language: SPANISH |
|---|---|---|---|---|---|---|---|

| NAME (L,F,M): | BAUTISTA, CILFIO UDIEL | A.K.A.: | | Race: W | Sex: M | DOB: 07/13/1979 | Age: 40 |
|---|---|---|---|---|---|---|---|

| Height: 5'08" | Weight: 150 | Hair: BLK | Eyes: BRO | POB City: | | POB State: | POB Country: GUATEMALA |
|---|---|---|---|---|---|---|---|

| RES Street#: | 328 LITTLE ROCK CT | | | | | | Citizenship |
|---|---|---|---|---|---|---|---|

| City: OCOEE | | State: FL | Zip: 34761 | Home Phone: | | Other Phone: |
|---|---|---|---|---|---|---|

| Scars/Tattoos: | | | | | Ethnicity: HISPANIC |
|---|---|---|---|---|---|

| Driver's License/ State ID No: | B323118792530 | State: FL | Year Expires: | SSN #: |
|---|---|---|---|---|

| Business and Occupation: | | Bus Phone: |
|---|---|---|

| Bus Street#: | | City: | State: | Zip: |
|---|---|---|---|---|

| Next of Kin Name: | ' | | Phone: |
|---|---|---|---|

| Next of Kin Street #: | | City: | State: | Zip: |
|---|---|---|---|---|

| AGGRAVATORS: | Firearm ☐ | Weapon ☐ | Mask ☐ | Vest ☐ | Convicted Sex Batterer ☐ | Hate Crime ☐ | Special Victim: | Domestic Violence? N |
|---|---|---|---|---|---|---|---|---|

| OFFENSES: | Felony ☑ | Misd. ☐ | ORD. ☐ | Traffic ☐ | Out of County ☐ | Court Location: CIRCUIT | Originating State/County: ORANGE/FL ORANGE |
|---|---|---|---|---|---|---|---|

| No. | GOC Code | Description | | Count | Bond Amt $ / Status | FSS/ORD | FDLE Rec# | Drug Name | Citation Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | BATTERY ON LAW ENFORCEMENT OFFICER | 784.07(2)(B)-3 | 1 | 2,500.00 | 784.07.2b | 2573 | | |
| 2 | | RESISTING OFFICER WITHOUT VIOLENCE | 843.02 | 1 | 500.00 | 843.02 | 3143 | | |

| DCF Notified? | By Whom? | | On Probation? | Miranda Warning? | By Whom? | | Invoked? |
|---|---|---|---|---|---|---|---|

| STATE OF FLORIDA COUNTY OF ORANGE Sworn to and subscribed before me , this 16 day of September year 2019 | I swear or affirm the above statements are correct and true | (407) 905-3160 |
|---|---|---|
| | Officer's Signature — | Officer's Bus Phone No RAMIREZ, MATTHEW / 1587 Officer's Name/ID |
| Notary Public ☑ Law Enforcement or Corrections Officer ☐ Personally Known ☑ Produced Identification ☐ Type of Identification | Notice to Defendant Regarding Social Security Number: This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities. | |
| Notary Signature | NOTARY PUBLIC STATE OF FLORIDA | WIGLEY, KORTNEE Notary Name | GG255422 / 09/05/2022 Notary Commission # / Exp. Date |

1001 (09/12)

Uploaded on: 09/25/2025 at 01:21:19 MMM (Eastern Daylight Time) Base Filed: 09/10/25    Page 47 of 85 PageID

# Orange County

## ICJIS Arrest Affidavit (continued)

| Arrested ☑ | At- Large ☐ | JRA ☐ | Document #: 874469 | Division #: JMK34 |
| | | | | Court Case #: 48-2019-CF-013109-A-O |

| Document Date: | 09/15/2019 |

| Defendant's Name | BAUTISTA, CILFIO UDIEL | Agency Case Number: | 19OFF004192 |

**NARRATIVE:** The undersigned has probable cause to believe the above-named defendant on the    15    of September 2019

at  21:41    at  328 LITTLE ROCK CT    (Zone:    C03    ) in Orange County did

While conducting patrol in the City of Ocoee, on September 15, 2019 at approximately 2052 hours, I, Officer Ramirez observed a black Toyota Tundra pick up truck bearing FL tag LGAZ59 run the stop sign on Little Spring Hill Drive to go south on Little Spring Hill Drive at the intersection of Wurst Road. I then conducted a traffic stop on the vehicle on Little Spring Hill Drive approaching Little Rock Court using my marked patrol vehicle and activating my lights and sirens. The vehicle made a complete stop in the front lawn area in front of 328 Little Rock Court. The driver of the vehicle later identified as Juan Bautista Orozco opened the driver's side door and began to walk towards the front of the residence at 328 Little Rock Court. I made face to face contact of Juan watching him look at me standing by the front door. I commanded Juan to come back and he did not listen to my commands. As I was walking towards the front of the residence, a Hispanic male later identified as Cilfio Udiel Bautista went in front of me and pushed me with his arms crossed while he was holding a can of beer. I was met with a large group of approximately eight Hispanic males yelling obscenities and did not let me talk to the driver Juan of the vehicle. Juan then proceeded to go inside the residence. Cilfio continued to yell and get in my face as I was trying to control the crowd. I went around the group and got some space to attempt to confront the crowd. Cilfio continued to confront me about why I was at the residence. I challenged Cilifio with my electronic control weapon (TASER) and he backed up away from me. I did not deploy my taser.

Moments later, I saw Officer's arriving on scene. I holstered my electronic control weapon (TASER). Cilfio continued to argue with me and began to walk towards the front door of the residence. I followed Cilfio towards the front door and he went inside the residence. As I began to walk into the front of the residence to attempt to tell Cilfio to come back outside he refused. A Hispanic male later identified as Seibin Sindulfio Bautista Orozco began to close the door. I attempted to keep the door open and Seibin pushed me with both open hands to prevent me from going through the front door. Officers were able to open the door. Officers commanded Cilfio to get on the ground. I redirected Cilfio to the ground. I handcuffed Cilfio in the prone position. Seibin resisted Officers with violence. (See supplement). Officers detained Seibin inside the residence near the front door. The driver Juan, came outside after we had Seibin and Cilfio arrested. I identified Juan as the driver of the vehicle and Officers detained him on scene.

Based on the evidence, I have probable cause to charge Seibin and Cilfio with 843.02 FDLE REC# 3143 RESIST OFFICER WITHOUT VIOLENCE. Seibin and Cilfio did resist, obstruct or oppose I, Officer Ramirez a law enforcement officer of the Ocoee Police Department, in the execution of a legal process or in the lawful execution of a legal duty, without offering or doing violence to the person of such officer, Florida Statute 843.02. (1 DEG MISD)

And

I have probable cause to charge Cilfio and Seibin with 784.07(2)(b) FDLE REC# 2573 BATTERY ON A LAW ENFORCEMENT OFFICER. Cilfio and Seibin did actually and intentionally touch or strike I, Officer Ramirez while I was engaged in the lawful performance of a duty. While Cilfio and Seibin knew that I, Officer Ramirez was a law enforcement officer, Florida Statute 784.03(1) and 784.07(2)(b). (3 DEG FEL) (LEVEL 4)

And

I have probable cause to charge Seibin with 843.01 FDLE REC# 3142 RESIST OFFICER WITH VIOLENCE. Seibin did knowingly and willfully resist, obstruct, or oppose Ocoee Police Officers, or any other person legally authorized to execute process in the execution of a legal process or in the lawful execution of a legal duty, by offering or doing violence to the person of such officer, Florida Statute 843.01. (3 DEG FEL) (LEVEL 5).

| STATE OF FLORIDA | I swear or affirm the above statements are correct and true | (407) 905-3160 |
| COUNTY OF ORANGE | | Officer's Bus. Phone No |
| Sworn to and subscribed before me , | Officer's Signature ─ | RAMIREZ, MATTHEW / 1587 |
| this   16   day of  September   year   2019 | | Officer's Name/ID |
| Notary Public ☑   Law Enforcement or Corrections Officer ☐ | Notice to Defendant Regarding Social Security Number: This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities. |
| Personally Known ☑   Produced Identification ☐ | |
| Type of Identification | |
| | **NOTARY PUBLIC STATE OF FLORIDA** | WIGLEY, KORTNEE | GG255422 / 09/05/2022 |
| Notary Signature | | Notary Name | Notary Commission # / Exp. Date |

Uploaded Case 9:23-cv-01219-MMH Western Document 3 Base Filed 10/10/25 Page 48 of 85 PageID 130

| Arrested ☑ | At-Large ☐ | JRA ☐ | Document #: 874469 | Division #: JMK34 |
|---|---|---|---|---|
| **Document Date:** | 09/15/2019 | | | Court Case #: 48-2019-CF-013109-A-O |

Seibin and Cilfio were transported to the Booking and Release Center without incident.

Ocoee Police Officers had agency issued body camera activated on scene.

---

STATE OF FLORIDA
COUNTY OF ORANGE
Sworn to and subscribed before me,

this ___16___ day of __September__ year __2019__

Notary Public ☑   Law Enforcement or Corrections Officer ☐

Personally Known ☑   Produced Identification ☐

Type of Identification

Notary
Signature

NOTARY PUBLIC
STATE OF
FLORIDA

I swear or affirm the above statements are correct and true

(407) 905-3160
Officer's Bus. Phone No.

Officer's
Signature —

RAMIREZ, MATTHEW / 1587
Officer's Name/ID

**Notice to Defendant Regarding Social Security Number:** This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities.

WIGLEY, KORTNEE
Notary Name

GG255422 / 09/05/2022
Notary Commission # / Exp. Date

2009-CT-004754-A-W : STATE OF FLORIDA vs. BAUTISTA, CILFIO UDIEL   020

## Case Header   ⌄

Case Type:   Criminal Traffic
Date Filed:   11/23/2009
Location:   Ocoee - TR
UCN:   482009CT004754000AWX
Judge:   David P Johnson
Status:   Closed
Citation Number:   5773-GEE
Compliance Date:   Monday, January 18, 2010

## Parties   ⌄

| Name | DOB | Type | Attorney | Atty Phone |
|------|-----|------|----------|------------|
| STATE OF FLORIDA | | Plaintiff | | |
| CILFIO UDIEL BAUTISTA | 7/13/1979 | Defendant | OFFICE OF PUBLIC DEFENDER, ESQUIRE | 407-836-4800 |

## Charge Details   ⌄

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|------|--------|------|--------|-------------|----------|
| 11/15/2009 | 1. CR-LEAVE SCENE OF ACCIDENT W/PROPERTY DAMAGE Statute: 316.061 Second Degree - Misd | 1/7/2010 Nolo Contendere | 11/15/2009 OBTS:8888888888 Sequence:1 Control Number:2009039289 Arresting Agency:Ocoee Police Department | 1/7/2010 1 - Adjudication Withheld | |

## Docket Events   ⌄

Document Status: 📄 = Public   🔒 = VOR   🔐 = Confidential   ✉ = Sealed   ⊘ = Request Pending.

| Date | Description | Pages | Doc | Request Doc |
|------|-------------|-------|-----|-------------|
| 1/20/2010 | | 1 | | |
| | Comments: BB2373848 | | | |
| 1/11/2010 | | 3 | | |
| 1/11/2010 | | 1 | | |
| 1/7/2010 | Disposition | | | |
| 1/7/2010 | | 1 | | |
| 1/4/2010 | HEARING - Pre-Trial Conference - Clark, Nancy L | | | |
| 12/30/2009 | | 3 | | |
| 12/28/2009 | | 4 | | |
| | Comments: MOTION FOR SUPPLEMENTAL DISCOVERY | | | |
| 12/21/2009 | | 1 | | |

**DISPOSITION**

STATE OF FLORIDA     IN THE COUNTY COURT OF ORANGE COUNTY, FLORIDA
VS

Case Number ___O9CT4754 - W___

Bautista, Cilfio     Charge ___LSOA___

Sp. int. sworn

The Defendant was _____ present _____ present and waived right to Counsel (FRCP 3.160(e)) _____ Waived right to Jury Trial.
✓ Present with Counsel ___PD___ _____ Not Present
_____ The Defendant failed to appear. For: _____ Arraignment/PTC/Trial/Hearing _____ Waived Speedy Trial _____ Re-Assign to Division
_____ The Defendant executed an Affidavit of Insolvency and was referred to the _____ Public Defender _____ Member of the Orange County Bar Association
_____ Office of Regional Conflict Counsel.
_____ The Defendant denied the Violation of Probation charge and is set for a hearing on _____ Time _____ Courtroom _____
_____ The Defendant pled not guilty and Pretrial date was set for _____ Time _____ Courtroom _____
_____ Judge _____ Trial Period _____ 425 North Orange Avenue, Orlando.

**PLEA**
The Defendant pled _____ GUILTY ✓ NOLO CONTENDERE _____ FOUND GUILTY _____ FOUND NOT GUILTY
✓ ADJUDICATION OF GUILT WITHHELD _____ ADJUDGED GUILTY _____ DISMISSED _____ STATE FILED NOLLE PROSEQUI
_____ Referred to Pretrial Diversion 407-836-3699 _____ Report to Teen Court, 2000 East Michigan Street, Orlando, Florida 407-836-9517 complete by _____

**SENTENCE**
_____ DRIVER LICENSE ACTION: D/L revoked for _____, Recommended _____ suspension. _____ Drive for business and welfare only.
✓ You are hereby ordered to serve \ days in the Orange County Jail with credit for \ days time served. _____ suspended on the condition that: _____

**FINE**
You are ordered to pay the Clerk of the Court:

FINE.......................$ 150      425 North Orange Avenue, Orlando, Florida 32801
SURCHASE..............$ 50      475 West Story Road, Ocoee, Florida 34761
PD/CA LIEN..............$ 100 50      1111 Rock Springs Road, Apopka, Florida 32712
COSTS....................$ 25      450 North Lakemont Avenue, Winter Park, Florida 32792
DERP. states..........$ 50      3855 South John Young Parkway, Orlando, Florida 32839
TOTAL....................$ 558.50      684 South Goldenrod Road, Orlando, Florida 32822

PAYABLE BETWEEN 8:00 A.M. AND 5:00 P.M. AT ANY OF THE ADDRESSES ABOVE ON OR BEFORE _____
FINES CAN BE PAID ON-LINE AT: MYORANGECLERK.COM
✓ Comply with Collections Court. _____ Fine to be paid from CASH BOND to the Clerk's Office, balance to be returned to the depositor.
_____ Release Defendant as to this case only. _____ Release cash bond.

**ORDER/FTA**
_____ Forfeit Surety/Cash Bond. _____ Issue Capias $ _____ bond, returnable instanter. _____ Revoke ROR/PTR

**ALTERNATIVE COMMUNITY SERVICE of the COMMUNITY CORRECTIONS DEPARTMENT**

_____ Report by the _____ day of _____, 20 _____, to 2418 33rd Street, Orlando, Florida, Phone: 407-836-3060 to serve _____ days/hours.

_____ Show proof of completion to the clerk by _____

**SCHOOL INFORMATION:** You have been ordered by the court to attend the following school and you must report immediately.
_____ 4-hour DDC _____ 8-hour DDC _____ ADI _____ Aggressive Driving _____ DUICAS _____ FACT/DWLS/R Assistance Program. School must be approved by the Department of Highway Safety and Motor Vehicles Bureau. YOU MUST show proof of completion to the clerk by _____

SPECIAL CONDITIONS/MODIFICATION OF SENTENCE ___Restitution Reserved___ ___until 3/8/10.___ ___ordered and___

___+n___

Done, Ordered and Filed in Open Court, the ___2?___ day of ___Jan___, 20 ___10___. Deputy Clerk ___WB-___
         Lydia Gardner, Clerk of the Court

Judge _____ Division ___LO___

I acknowledge receipt of a copy of this Order and am thus responsible for complying with the conditions of my sentence contained therein. Failure to do so may result in the imposition of a jail sentence or other criminal penalties, late fees and possible suspension of my driver's license and non-renewal of my vehicle registration.

Signature ___X Cilfio (William Bart?)___ DOB ___7/13/79___ Date _____

Rule 2.065 NOTICE TO PERSONS WITH DISABILITIES
"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 425 N. Orange Avenue, Orlando, FL 32801, 407-836-2050 within 2 working days of receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8771.

COPIES TO: ___ACS___ ___JA___ ___DOCKETS/DEPUTY✓___ ___DEFENDANT✓___ ___STATE✓___ ___PD___ ___ATTY___ ___COLLECTIONS___ ___ADI/DDC___ ___FACT___

24-4 (7/08)

(14)

EOIR — 24 of 56

**TRIBUNAL DEL CONDADO, CONDADO DE ORANGE, FLORIDA**

**DECLARACIÓN DE CULPABILIDAD**

**O**

**NO ME OPONGO A LAS ACUSACIONES PENALES EN EL TRIBUNAL DEL CONDADO**

**ESTADO DE FLORIDA**

VS

_____ W/H 150f

Bautista Cilfio

(Nombre en molde)

CC

res rest

Número de Causa _____ 09CT4754-W

Número de Infracción _____
(Casos de Tránsito)

**Radicada frente al Tribunal, Hoy**

___ de ___ Jan ___, 20 10

Lydia Gardner, Actuario

Por _____ D.C.

He comparecido ante el Tribunal del Condado, Condado de Orange, Florida en la fecha abajo citada, he sido informado(a) por el Juez de la(s) acusación(es) penales en mi contra, y he asentado una declaración de CULPABLE O NO ME OPONGO.

He jurado bajo palabra ante el Juez que entiendo lo siguiente:

1. La naturaleza de la(s) acusación(es);
2. La diferencia entre una declaración de Culpable, No me Opongo e Inocente y, los efectos de cada una;
3. El derecho a un juicio ante un Juez o ante un Juez y jurado;
4. El derecho a un abogado, a que se me nombre un abogado si es que no cuento con los fondos para contratar uno y de saber si el Juez esta considerando imponerme una sentencia carcelaria por esta acusación;
5. El derecho a la presunción de inocencia hasta que se haya demostrado mi culpabilidad mas allá de cualquier duda razonable;
6. El derecho a interrogar testigos durante el juicio;
7. El derecho a llamar testigos en mi favor y a que el Juez los cite a comparecer;
8. El derecho a permanecer en silencio y que dicha acción no sea considerada por el Juez o jurado durante el juicio;
9. El derecho a testificar y que mi testimonio sea considerado bajo los mismos criterios que los otros testigos;
10. El derecho a que un estenógrafo judicial elabore un acta completa de las diligencias;
11. El derecho de apelar a un tribunal superior cualquier error perjudicial; y
12. Que entiendo las sentencias mínimas y máximas enumeradas en el reverso de este documento.

Al declararme Culpable o No Me Opongo, juro ante el Juez que renuncio a los derechos enumerados anteriormente y acepto que el Juez dicte la sentencia que considere apropiada.

Por la presente, renuncio a ejercer mi derecho de consultar con un abogado o a que se me nombre uno.

No me encuentro bajo los efectos de alcohol o ninguna droga en este momento y entiendo completamente mis derechos y las instrucciones del Juez.

Entiendo que tengo el derecho de hablar con el Juez con respecto al dictamen antes de ser sentenciado, y a apelar por escrito dentro de un plazo de treinta (30) días el fallo o la condena impuesta.

Entiendo que si no cuento con los fondos para contratar a un abogado, tengo el derecho a que se me nombre uno para el recurso de apelación; sin embargo, estoy renunciando al derecho de poder hablar con un abogado antes de asentar esta declaración.

Entiendo que como resultado de mi declaración, podría estar sujeto a penas mayores si nuevamente recibiera fallos condenatorios o si se me declarase delincuente reincidente.

Si no soy ciudadano estadounidense, entiendo que como resultado de mi declaración el día de hoy, podría quedar sujeto a que se me celebren vistas de deportación.

| ABOGADO | _____ | ACUSADO | _____ |
|---|---|---|---|
| DIRECCION | _____ | DIRECCION | _____ |
| | _____ | | _____ |
| TELEFONO | _____ | TELEFONO | _____ |

Jurado ante mí por el Acusado arriba citado el _____ de _____, 20 _____

Fallo que la presente declaración es la de un Acusado que parece alerta e inteligente, quien entiende la naturaleza de la acusación y las consecuencias de asentar una declaración de Culpable o No Me Opongo, y quien por la presente ha sido informado de, y renuncia voluntariamente, a los derechos descritos anteriormente.

JUEZ DEL CONDADO _____

24-11S (Rev. 3-02)

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S. IMMIGRATION COURT**
**ORLANDO, FLORIDA**

| | |
|---|---|
| IN THE MATTER OF )<br><br>CILFIO UDIEL BAUTISTA-OROZCO )<br><br>Respondent. )<br><br>IN REMOVAL PROCEEDINGS )<br> ) | File No. A 087-712-437 |

Immigration Judge: Alberdi, Yon K

Next Hearing: November 20, 2025
at 1:00 PM

**RESPONDENT'S FORM I-589, APPLICATION FOR ASYLUM, WITHHOLDING OF REMOVAL AND DEFERRAL UNDER THE CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT**

NOW COMES the Respondent, Cilfio Udiel Bautista-Orozco by counsel, and respectfully submits their Form I-589, Application for Asylum, Withholding of Removal and Deferral under the Convention Against Torture and other Cruel, Inhuman or Degrading Treatment or Punishment and supporting documentation.

Counsel will attend the scheduled Master Calendar Hearing on the scheduled date of November 20, 2025.

**TABLE OF CONTENTS:**

| TAB | DESCRIPTION | PAGE |
|---|---|---|
| A | Form I-589, Application for Asylum, Withholding of Removal, and CAT for Mr. Cilfio Udiel Bautista-Orozco; | 1-13 |
| B | Supporting Documentation Verifying Identity for Mr. Cilfio Udiel Bautista-Orozco:<br>-Copy, Biographical Page of Passport for Mr. Bautista-Orozco. | 14 |

RECEIVED

AUG 1 2 2025

IMMIGRATION COURT
ORLANDO, FL

2

| | | |
|---|---|---|
| **C** | **Statement by Mr. Cilfio Udiel Bautista-Orozco relating to his Experiences and fear of returning to his country, Guatemala;** | **15-18** |
| **D** | **Guatemala 2023 Human Rights Report.** | **19-77** |

Cilfio Udiel Bautista-Orozco
By Counsel

*Joel A. Caminero*

Joel Alexis Caminero, Esq.
5728 Major Blvd, STE 750
Orlando, FL 32819
joel@caminerolawfirm.com
407-409-2529

3

EOIR — 27 of 56

Uploaded on 09/29/2025 at 01:49:40 PM (Eastern Daylight Time) Base City: KRO
Case 3:25-cv-01215-MMH-MCR   Document 3-1   Filed 10/10/25   Page 54 of 85 PageID
142

# TAB B

# TAB B

Uploaded on 09/20/2025 at 01:49 PM (Eastern Daylight Time) Base File KRO
Case 3:23-cv-01213-MMH-MCR Document 8-1 Filed 10/10/25 Page 55 of 85 PageID
143
026
001
026
001



# Application for Asylum and for Withholding of Removal

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

001

**USCIS**
**Form I-589**
OMB No. 1615-0067
Expires 09/30/2027

**START HERE - Type or print in black ink.** See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

NOTE: ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) 087712437 | 2. U.S. Social Security Number (if any) N/A | 3. USCIS Online Account Number (if any) N/A |
|---|---|---|
| 4. Complete Last Name Bautista-Orozco | 5. First Name Clifio | 6. Middle Name Udiel |

**7.** What other names have you used (include maiden name and aliases)?
N/A

**8.** Residence in the U.S. (where you physically reside)

Street Number and Name
306 N Buena Vista Ave

| City Orlando | State FL | Zip Code 32835 | Apt. Number N/A | Telephone Number ( 407 ) 8792565 |
|---|---|---|---|---|

(NOTE: You must be residing in the United States to submit this form.)

**9.** Mailing Address in the U.S. (if different than the address in Item Number 8)

| In Care Of (if applicable): N/A | |
|---|---|
| Street Number and Name N/A | Telephone Number ( N/A ) N/A |
| City N/A | State N/A | Apt. Number N/A |
| | | Zip Code N/A |

RECEIVED
AUG 1 2 2025
IMMIGRATION COURT
ORLANDO, FL

| 10. Sex ☒ Male ☐ Female | 11. Marital Status: ☐ Single ☐ Married ☒ Divorced ☐ Widowed |
|---|---|
| 12. Date of Birth (mm/dd/yyyy) 07/13/1979 | 13. City and Country of Birth San Cristobal, Guatemala |

| 14. Present Nationality (Citizenship) Guatemala | 15. Nationality at Birth Guatemala | 16. Race, Ethnic, or Tribal Group White, Hispanic | 17. Religion Christian |
|---|---|---|---|

**18.** Check the box, a through c, that applies: **a.** ☐ I have never been in Immigration Court proceedings.
**b.** ☒ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

a. When did you last leave your country? (mm/dd/yyyy) 01/10/2000 b. What is your current I-94 Number, if any? N/A

c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 01/20/2000 | Place Harlingen, Texas | Status No Legal Status | Date Status Expires N/A |
|---|---|---|---|
| Date N/A | Place N/A | Status N/A | |
| Date N/A | Place N/A | Status N/A | |

| 20. What country issued your last passport or travel document? Guatemala | 21. Passport Number 386899606 | 22. Expiration Date (mm/dd/yyyy) 12/25/2034 |
|---|---|---|
| 23. What is your native language (include dialect, if applicable)? Spanish | Travel Document Number N/A | |
| | 24. Are you fluent in English? ☐ Yes ☒ No | 25. What other languages do you speak fluently? N/A |

Form I-589  Edition 01/20/25
001
026
026
Page 1 of 12
001

EOIR

Uploaded on 09/20/2025 at 01:49:40 PM (Eastern Daylight Time) Base File KRO
Case 3:25-cv-01215-MMH-MCR   Document 8-1   Filed 10/10/25   Page 56 of 85 PageID
144
027                                                                                                027

Brianne Garcia

09/07/2025

1407 35th st

Orlando, FL 32839

(407)453-4742

To whom it may concern:

I, Brianne Garcia, am writing this letter on behalf of my friend Cilfio Udiel Bautista Orozco, who is in immigration detention at this time. Since I have known him he has been nothing but a kind, caring, and responsible person. He has always displayed good character, never showing negativity. He's a hard worker and a family oriented man. He has been a valued member to the community. I hope you will allow him the chance to continue to be apart of our community.

Please contact me if you have any questions or concerns.

Thank You,

Brianne Garcia

Johnna Davis                                    9.8.25

1210 W. Euclid Ave.
DeLand, FL 32720
386-804-1596

To whom It may Concern:

I, Johnna Davis, am writing on behalf of my
co-worker, Cilfio Udiel Bautista Orozco. I have
known Cilfio for nine years and worked with him
for all of that time. He is a hard worker,
and he always goes beyond the call of duty
for us. Furthermore, he is kind, polite,
and friendly. I wish I had more
people to work as hard as he does
with all of his knowledge. I am
glad to know him, and I count on him
a great deal in our daily working life.

Please call me if you have further
questions. Thank you —

Johnna Davis
386-8041596

Uploaded on 9/29/2025 at 9:49:10 PM (Eastern Daylight Time) Base File KRO
Case 3:25-cv-01215-MMH-MCR   Document 8-1   Filed 10/10/25   Page 58 of 85 PageID
146
029                                                                           029

Wanda ramos

1408 40 th st

Orlando fl 32839

407-666-0983


To: The Honorable Immigration Judge

Re: Support for release of Cilfio U diel Bautista Orozco A#8087712437

D.O.B.7/13/1979

TO: The Honorable Immigration judge:

I,wanda Ramos,am writing this letter for my dear friend cilfio udiel Bautista Orozco,whom

I have known for 14 years sinces he live in Guatemala and continued once he came here to the

United states,since then,he was always been a good friend to me and my family,considers him

Like one of our own.like family as well.

I have always known him to be an honest and kind man,and he always does right by his friends

And his family. I have always know him to be hardworking man,and he works hard for everything that has.

I hope that he can continue to stay in the beautiful county and continue

To work and live peacefull.


I hope this letter is enough for you,and if you need any additional information,please don't

Hesitate to contact me at the information above.THANK YOU:

Wanda Ramos

Uploaded on 09/20/2025 at 01:49:10 PM (Eastern Daylight Time) Base File: KRO

030

030

JOSE REYES:

09/07/2025

4245 TOM SKINNER WAY

ORLANDO FL32811

407-3074933


A QUIEN LE PUEDA INTERESAR:

YO : JOSE REYES ,YO CERTIFICO QUE HE CONOSIDO A CILFIO UDIEL BAUTISTA OROZCO

HACE10 ANOS,HE TRABAJADO CON EL MUCHAS OBRAS,Y HE SIDO QUE ES UN HOMBRE, TRABAJADOR Y HA SERVIDO A LA COMUNIDAD CON RESPETOS Y VALORES Y TENGO LA DICHA DE CONOSER A SU FAMILIA, SERTIFICO QUE NUNCA HA FALLADO COMO HUMANO ,SI ES POSIBLE QUE EL PUEDA SEGUIR EN ESTE ESTADO QUE LO A AYUDADO Y RESPETADO COMO PERSONA,PORFAVOR DELEN LA OPORTUNIDAD A ESTE SER HUMANO DE SIGUIR AHY.GRACIAS POR SU RESPETO.

*Jose I. Reyes*

JOSE REYES.

EOIR — 33 of 56

Uploaded on 09/20/2025 at 01:49:10 PM (Eastern Daylight Time) Base File KRO
Case 3:23-cv-01215-MMH-MCR   Document 3-1   Filed 10/10/25   Page 60 of 85 PageID
031                                                                              031
148

Sandra ramos lopez                                    9/7/2025

4245 tom skinner way

Orlando fl 32811

407-914-0706


TO whom it may concern,

I,Sandra ramos lopez,am writing this letter to my dear
friend cilfio udiel Bautista Orozco,

Whom I have known for 12 years he lived in Guatemala
and continued once he came here to the united
state,since then,he had always been a good friend to me
and my family considers him like one of our.like family as
well,

Ihave always know himlike a good family responsible
person and a hard working man,with respect and
personality .i hope the this letter is enough for any one.
he will respect any law off united states.

Any additional information ,please don"hesitate to
contact me at the information above.thank you;

att:
Sandra R lopz

Uploaded on 9/20/2025 at 01:49:49 PM (Eastern Daylight Time) - Base File - KRO

Sept, 8th 2025
Cassandra Wren
1530 E. Minnesota Ave
Orange City, FL 32763


To Whom It May Concern,

I am writing this letter to share my heartfelt recommendation for my dear friend, Clifio Udiel Bautista Orozco. I have had the privilege of knowing Clifio for the past four years, and throughout this time, I have witnessed firsthand the remarkable qualities that define his character and work ethic.

Clifio is an incredibly family-oriented and hardworking individual, always putting his loved ones and his responsibilities first. He has a strong sense of integrity, and his unwavering commitment to doing what is right serves as a model for those around him. Beyond his professional dedication, Clifio is a person who brings joy to every situation. His positive energy is contagious, and he has an innate ability to brighten any room he enters.

Whether in the workplace or in personal interactions, Clifio is always eager to lend a helping hand to anyone in need, ensuring that everyone feels valued and appreciated. His manners and professionalism are exemplary, and he approaches every task with determination and diligence. His strong work ethic, combined with his genuine kindness, makes him an asset in any environment.

I have no doubt that Clifio will continue to achieve great success in whatever he sets his mind to, and I am honored to call him my friend. I wholeheartedly support him in all of his endeavors and am confident that his future will be filled with great accomplishments.

Thank you for taking the time to read this letter and learn more about the incredible individual that Clifio is.


Sincerely,
Cassandra Wren

*Cassandra*

Uploaded on 07/20/2025 at 05:48:40 PM (Eastern Daylight Time) Base City KRO Page 62 of 85 PageID
Case 3:23-cv-01213-MMH-MCR    Document 8-1    Filed 10/10/25    Page 62 of 85 PageID
033                                                                              033
150



## Declaration of Financial Support

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-134**
OMB No. 1615-0014
Expires 12/31/2027

▶ **START HERE - Type or print in black ink.**

---

### Part 1. Basis for Filing

1.  I am filing this form on behalf of:

    ☐ Myself as the beneficiary. (Complete **Parts 2.**, **4.**, and **7 - 8.** Skip **Parts 3.**, **5.**, and **6.**)

    ☒ Another individual who is the beneficiary. (Complete **Parts 2. - 3.** and **Parts 5. - 8.** Skip **Part 4.**)

---

### Part 2. Information About the Individual Agreeing to Financially Support the Beneficiary

All filers must complete **Part 2.**

1.  Current Legal Name (**Do not** provide a nickname.)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Ramos Gonzalez | Wanda | Ivette |

2.  Other Names Used

    Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 8. Additional Information.**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Ramos | Wanda | |

3.  Current Mailing Address

    In Care Of Name (if any)

    | Clarissa Guajardo Law Firm |

    | Street Number and Name | Apt. Ste. Flr. | Number |
    |---|---|---|
    | 4101 Greenbriar Dr | ☐ ☒ ☐ | 317 |

    | City or Town | State | ZIP Code |
    |---|---|---|
    | Houston | TX | 77098 |

    | Province | Postal Code | Country |
    |---|---|---|
    | | | US |

4.  Is your current mailing address the same as your current physical address?    ☐ Yes ☒ No

    If you answered "No" to **Item Number 4.**, provide your current physical address in **Item Number 5.**

EOIR + 36 0f 56
Exh. 2 - Ad 033                                                              033

**Part 2. Information About the Individual Agreeing to Financially Support the Beneficiary** (continued)

5. Current Physical Address

In Care Of Name (if any)

Wanda Ramos

Street Number and Name | Apt. Ste. Flr. | Number

1408 40th St

City or Town | State | ZIP Code

Orlando | FL | 32839

Province | Postal Code | Country

| | US

6. Date of Birth (mm/dd/yyyy)

02/05/1966

7. Place of Birth

City or Town | State or Province

Ponce | Puerto Rico

Country

USA

8. Alien Registration Number (A-Number) (if any)

▶ A-

9. USCIS Online Account Number (if any)

▶

10. What is your current immigration status?

[X] U.S. Citizen   [ ] U.S. National   [ ] Lawful Permanent Resident   [ ] Nonimmigrant   [ ] Asylee

[ ] Refugee   [ ] Parolee   [ ] TPS holder

[ ] Beneficiary of deferred action (including DACA) or Deferred Enforced Departure

[ ] Other (Explain)

11. What is your relationship to the beneficiary?

Brother in Law

12. Employment Status

[X] Employed (full-time, part-time, seasonal ) as a/an | Truck Driver Supervisor

Name of Employer | Bautista Underground Inc.

[ ] Self-Employed as a/an

[ ] Unemployed or Not Employed   [ ] Retired

[ ] Other (Explain):

Uploaded on 07/29/2025 at 05:39:40 PM (Eastern Daylight Time) Base City KRO    Page 64 of 85 PageID
035

Case 3:23-cv-01219-MMH-MCR    Document 3-1    Filed 10/10/25
152

Page 64 of 85 PageID
035

## Part 2. Information About the Individual Agreeing to Financially Support the Beneficiary (continued)

### *Financial Information*

Provide information about your dependents, income, and assets. If you need additional space to complete any **Item Number** in this section, use the space provided in **Part 8. Additional Information**

13. How many other Form I-134, Form I-134A, Form I-864, Form I-864EZ, and Form I-864A have you previously submitted on behalf of a person (including yourself, if applicable) and your support obligation has not ended? Do not include the beneficiary named in **Part 3.**

> None

14. How many other dependents do you support (including yourself)? Do not include individuals in **Item Number 13.** and the beneficiary named in **Part 3.**

> None

15. Provide the information requested in the table below about all of your dependents and any other individuals you financially support. Do not include yourself and the beneficiary named in **Part 3.**

| Full Name | Date of Birth (mm/dd/yyyy) | Relationship to you | A-Number (if any) | Receipt Number (if any) |
|-----------|----------------------------|---------------------|-------------------|-------------------------|
|           |                            |                     |                   |                         |
|           |                            |                     |                   |                         |
|           |                            |                     |                   |                         |
|           |                            |                     |                   |                         |
|           |                            |                     |                   |                         |
|           |                            |                     |                   |                         |
|           |                            |                     |                   |                         |
|           |                            |                     |                   |                         |

16. What is your current annual income?    $ 26,000

17. Provide information on the cash or assets available to **you** (do not include any assets from the individual named in **Part 3.**). Attach evidence showing you have these assets.

| Type of Asset | Amount (Cash Value) (U.S. dollars) |
|---------------|-------------------------------------|
| Checking - Bank Account | $1,500 |
| Savings - Bank Account | $5,000 |
| Retirement or Educational Account | $11,100 |
|  |  |
|  |  |
|  |  |
| **TOTAL** (U.S. dollars) $ | 17,600 |

EOIR 6 38 0£ 56

Exh. 2 - Add    035                035

**Part 2. Information About the Individual Agreeing to Financially Support the Beneficiary** (continued)

### *Intent to Provide Specific Contributions to the Beneficiary*

If you are filing this form on behalf of another individual who is the beneficiary, complete **Item Numbers 18 - 19.** If you are the beneficiary, proceed to **Part 4.**

18.   In addition to providing financial support, I intend to make specific contributions to cover the beneficiary's basic living needs.  ☒ Yes ☐ No

19.   Describe the specific contributions you will provide to cover the beneficiary's basic living needs. This could include providing safe and appropriate housing; securing employment opportunities, once authorized to work; enrolling in school; and enrolling in any benefits for which he or she is eligible. If you intend to furnish room and board, provide the address where the beneficiary will reside. If you need additional space, use **Part 8. Additional Information.**

I will cover my brother in law is basic living needs. That includes housing and any other way to get him in his feet and to follow any court obligations.

---

**Part 3. Information about the Beneficiary**

Complete **Part 3.** if you are filing this form on behalf of another individual who is the beneficiary. If you are the beneficiary providing financial support for yourself, you do not need to complete **Part 3.** Proceed to **Part 4.**

1.   Beneficiary's Current Legal Name (**Do not** provide a nickname.)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| BAUTISTA OROZCO | MEISTER | YORIS |

2.   Other Names Used

Provide all other names the beneficiary has ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 8. Additional Information.**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
|  |  |  |

3.   Date of Birth (mm/dd/yyyy)     4.   Sex

08/12/1993     ☒ Male ☐ Female

5.   Alien Registration Number (A-Number) (if any)

▶ A- 2 4 9 0 0 6 3 3 5

6.   Place of Birth

| City or Town | State or Province |
|---|---|
| San Marcos | Masculino |

| Country |
|---|
| Guatemala |

7.   Country of Citizenship or Nationality

Guatemala

Case 3:25-cv-01219-MMH-MCR    Document 8-1    Filed 10/10/25    Page 66 of 85 PageID 154

**Part 3. Information about the Beneficiary** (continued)

8.  Marital Status

☒ Single, Never Married  ☐ Married  ☐ Divorced  ☐ Widowed  ☐ Legally Separated  ☐ Marriage Annulled

☐ Other (Explain): _____

9.  Beneficiary's Current Mailing Address

In Care Of Name (if any)

Clarissa Guajardo Law Firm

Street Number and Name                                    Apt. Ste. Flr.  Number

4101 Greenbriar Dr                                        ☐ ☒ ☐         317

City or Town                                  State        ZIP Code

Houston                                        TX          77098

Province                Postal Code        Country

                                            US

10.  Are the beneficiary's mailing address and physical address the same?        ☒ Yes  ☐ No

If you answered "No" to **Item Number 10.**, provide the physical address in **Item Number 11.**

11.  Beneficiary's Current Physical Address

In Care Of Name (if any)

Street Number and Name                                    Apt.Ste. Flr.  Number

                                                          ☐ ☐ ☐

City or Town                                  State        ZIP Code

Province                Postal Code        Country

### Beneficiary's Anticipated Length of Stay

12.  Beneficiary's Anticipated Period of Stay in the United States

From (mm/dd/yyyy)  07/20/2025

To (select one):

☐ (mm/dd/yyyy) _____

☒ No End Date

EOIR 0 40 0f 56

Exh. 2 - Add 037                                            037

**Part 4. Statement, Contact Information, Certification, and Signature of the Beneficiary (if filing Form I-134 on his or her own behalf)**

If you are the beneficiary and are filing Form I-134 on your own behalf, complete and sign **Part 4.**

**NOTE:** Read the **Penalties** section of the Form I-134 Instructions before completing this section.

### Beneficiary's Statement

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

1. I, as the beneficiary, certify the following:

   A. ☐ I can read and understand English, and I have read and understand every question and instruction on this declaration and my answer to every question.

   B. ☐ The interpreter named in **Part 6.** read to me every question and instruction on this declaration and my answer to every question in _____, a language in which I am fluent and I understood everything.

2. ☒ At my request, the preparer named in **Part 7.,** | Clarissa R Guajardo |, prepared this declaration for me based only upon information I provided or authorized.

### Beneficiary's Contact Information

3. Beneficiary's Daytime Telephone Number
   2812228629

4. Beneficiary's Mobile Telephone Number (if any)
   4072806247

5. Beneficiary's Email Address (if any)
   clarissaguajardo4101@gmail.com

### Beneficiary's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the Department of State may require that I submit original documents to USCIS or the Department of State at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or the Department of State may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this declaration, in supporting documents, and in my USCIS or the Department of State records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

   **1)** I reviewed and provided or authorized all of the information in my declaration;

   **2)** I understood all of the information contained in, and submitted with, my declaration; and

   **3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my declaration, I understand all of the information contained in, and submitted with, my declaration, and that all of this information is complete, true, and correct.

That this declaration is made by me to assure the U.S. Government that I will be able to financially support myself while in the United States.

That I am willing and able to pay for necessary expenses for the duration of my temporary stay in the United States.

### Beneficiary's Signature

6. Beneficiary's Signature
   ➡ [                                    ]

   Date of Signature (mm/dd/yyyy)
   07/20/2025

Uploaded on 09/29/2025 at 05:49:40 PM (Eastern Daylight Time) Base City: KRO
Case 3:23-cv-01219-MMH-MCR   Document 8-1   Filed 10/10/25   Page 68 of 85 PageID
156
039          039                                                    Page 68 of 85 PageID
039

---

| **Part 5.  Statement, Contact Information, Certification, and Signature of the Individual Agreeing to Financially Support the Beneficiary** |
| --- |

If you are filing Form I-134 on behalf of someone else (the beneficiary listed in **Part 3.**), complete and sign **Part 5.**

**NOTE:** Read the **Penalties** section of the Form I-134 Instructions before completing this section.

## Statement of Individual Agreeing to Financially Support the Beneficiary

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.**  If applicable, select the box for **Item Number 2.**

1.   I, as the individual agreeing to financially support the beneficiary, certify the following:

  **A.**  ☐  I can read and understand English, and I have read and understand every question and instruction on this declaration and my answer to every question.

  **B.**  ☐  The interpreter named in **Part 6.** read to me every question and instruction on this declaration and my answer to every question in _____, a language in which I am fluent and I understood

2.  ☒  At my request, the preparer named in **Part 7.,**  `Clarissa R Guajardo` , prepared this declaration for me based only upon information I provided or authorized.

## Contact Information of Individual Agreeing to Financially Support the Beneficiary

3.   Daytime Telephone Number
  `4076660983`

4.   Mobile Telephone Number (if any)
  `4072806247`

5.   Email Address (if any)
  `clarissaguajardo4101@gmail.com`

## Certification of Individual Agreeing to Financially Support the Beneficiary

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the Department of State may require that I submit original documents to USCIS or the Department of State at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or the Department of State may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this declaration, in supporting documents, and in my USCIS or the Department of State records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

  **1)**  I reviewed and provided or authorized all of the information in my declaration;

  **2)**  I understood all of the information contained in, and submitted with, my declaration; and

  **3)**  All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my declaration, I understand all of the information contained in, and submitted with, my declaration, and that all of this information is complete, true, and correct.

That this declaration is made by me to assure the U.S. Government that the person named in **Part 3.** will be financially supported while in the United States.

That I am willing and able to receive, maintain, and support the person named in **Part 3.** to better ensure that such persons will have sufficient financial resources or financial support to pay for necessary expenses for the period of his or her temporary stay in the United States.

I acknowledge that I have read this section, and I am aware of my responsibilities as an individual agreeing to financially support the beneficiary.

---

Form I-134   Edition  01/20/25                                          Page 7 of 10

EOIR #042f6f156

Uploaded on: 07/20/2025 at 05:18:10 PM (Central Daylight Time) Base City: KRO
Case 3:25-cv-01218-MMH-MCR   Document 3-1   Filed 10/10/25   Page 69 of 85 PageID
157
Page 69 of 85 PageID
040
040

**Part 5.  Statement, Contact Information, Certification, and Signature of the Individual Agreeing to Financially Support the Beneficiary** (continued)

### Signature of Individual Agreeing to Financially Support the Beneficiary

6.  Signature

➡️  | Date of Signature (mm/dd/yyyy)
07/20/2025

**NOTE TO ALL INDIVIDUALS AGREEING TO FINANCIALLY SUPPORT THE BENEFICIARY:** If you do not completely fill out this declaration or if you fail to submit required documents listed in the Instructions, USCIS or the Department of State may deny or not consider your declaration.

**Part 6.  Interpreter's Contact Information, Certification, and Signature**

### Interpreter's Full Name

1.  Interpreter's Family Name (Last Name)

Interpreter's Given Name (First Name)

2.  Interpreter's Business or Organization Name

### Interpreter's Contact Information

3.  Interpreter's Daytime Telephone Number

4.  Interpreter's Mobile Telephone Number (if any)

5.  Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and                          , and I have interpreted every question on the declaration and Instructions and interpreted the individual agreeing to financially support the beneficiary's answers to the questions in that language, and the individual agreeing to financially support the beneficiary informed me that he or she understood every instruction, question, and answer on the declaration.

6.  Interpreter's Signature

Date of Signature (mm/dd/yyyy)

Uploaded on 07/20/2025 at 05:39:40 PM (Central Daylight Time) Base City KRO
Case 3:25-cv-01219-MMH-MCR    Document 8-1    Filed 10/10/25    Page 70 of 85 PageID
158                                                                          041

**Part 7. Contact Information, Certification, and Signature of the Person Preparing this Declaration, if Other Than the Individual Agreeing to Financially Support the Beneficiary**

### Preparer's Full Name

1. Preparer's Family Name (Last Name)

   Guajardo

   Preparer's Given Name (First Name)

   Clarissa

2. Preparer's Business or Organization Name

   Clarissa Guajardo Law Firm

### Preparer's Contact Information

3. Preparer's Daytime Telephone Number

   2812228629

4. Preparer's Mobile Telephone Number

   7134265100

5. Preparer's Email Address (if any)

   clarissaguajardo4101@gmail.com

### Preparer's Certification and Signature

I certify, under penalty of perjury, that I prepared this declaration for the individual agreeing to financially support the beneficiary at his or her request and with express consent and that all of the responses and information contained in and submitted with the declaration are complete, true, and correct and reflects only information provided by the individual agreeing to financially support the beneficiary. The individual agreeing to financially support the beneficiary reviewed the responses and information and informed me that he or she understands the responses and information in or submitted with the declaration.

6. Preparer's Signature

   Date of Signature (mm/dd/yyyy)

   07/20/2025

EOIR #24df0f156

Exh. 2 - Ad    041                                                           041

**Part 8.  Additional Information**

If you need extra space to provide any additional information within this declaration, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this declaration or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1.  Family Name (Last Name)           Given Name (First Name)           Middle Name (if applicable)

    Ramos Gonzalez                     Wanda                              Ivette

2.  A-Number (if any) ▶ A-

3.  Page Number      Part Number      Item Number

4.  Page Number      Part Number      Item Number

5.  Page Number      Part Number      Item Number

6.  Page Number      Part Number      Item Number

EOIR #34542156

Exh. 2 - Add 042

042

Uploaded on 07/29/2025 at 05:49:40 PM (Central Daylight Time) Base City KRO
Case 3:23-cv-31213-MMH-MCR    Document 3-1    Filed 10/10/25    Page 72 of 85 PageID
043                                              160                                              043

Wanda Ramos
1408 40th St
Orlando, FL, 32839
(407) 666-0983

07/16/2025

RE: Bond Sponsorhsip for Meister Yoris Bautista Orozco

To whom it may concern:

I, Wanda Ramos, am writing to formally sponsor the immigration bond for Meister Yoris
Bautista Orozco.

I am a US Citizen. I am employed at Bautista Underground INC, where I have been working
there since the year 2015. I have known Mr. Bautista for 14 years since he lived in Guatemala
and continued once he came here to the United States. Since then, he has always been a good
friend to me, and my family considers him like one of our own. Like family as well.

I have every confidence that he is not a flight risk, nor does he pose any danger to the
community. I have always known him to be an honest and kind man, and he always does right by
his friends and his family. I am committed to using my best efforts to ensure his appearance at all
scheduled immigration court dates and to assist him in remaining compliant with all legal
obligations.

Wanda Ramos

STATE OF FLORIDA

COUNTY OF _Orange_

Sworn to (or affirmed) and subscribed before me this 16th day of July , 2025, by
Wanda Ramos , who has produced FL Drivers license as identification.

Notary Public Signature: _____
Notary Public Name: _Jasmin Rodriguez_
Serial Number: _HH612017_
My Commission Expires: _11/12/2028_

Notary Public State of Florida
Jasmin Rodriguez
My Commission HH 612017
Expires 11/12/2028



044

044

044

044

Uploaded on 09/29/2025 at 05:48:40 PM (Eastern Daylight Time) Base City KRO
Page 74 of 85 PageID
045
Case 3:23-cv-00219-MMH-MCR   Document 8-1   Filed 10/10/25
162
045

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2024** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ___   **See separate instructions.**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| WANDA I | RAMOS | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O box, see instructions. **1408 40TH ST**   Apt. no. ____

City, town, or post office. If you have a foreign address, also complete spaces below.  **ORLANDO**   State **FL**   ZIP code **32839**

Foreign country name ____   Foreign province/state/county ____   Foreign postal code ____

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund.Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status** Check only one box.
- [X] Single
- [ ] Married filing jointly (even if only one had income)
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:
- [ ] If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets** At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ......  ☐ Yes  [X] No

**Standard Deduction** Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
- [ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You:  ☐ Were born before January 2, 1960  ☐ Are blind  **Spouse:**  ☐ Was born before January 2, 1960  ☐ Is blind

**Dependents** (see instructions):
| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |   |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

If more than four dependents, see instr. and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 26,000 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) ... 1i | | |
| z | Add lines 1a through 1h | 1z | 26,000 |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b |
| 6a | Soc. sec. ben. | 6a | | b Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) | | | ☐ | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | | | ☐ | 7 |

**Standard Deduction for –**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 8 | Additional income from Schedule 1, line 10 | 8 | 0 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 26,000 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 0 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 26,000 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 14,600 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 14,600 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 11,400 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   Form **1040** (2024)

EOTR  ±648±62156

Form 1040 (2024) WANDA I RAMOS                                    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 Page 2

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 16 | 1,143 |
|---|---|---|---|---|
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 1,143 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 1,143 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 1,143 |

| Payments | 25 | Federal income tax withheld from: | | |
|---|---|---|---|---|
| | a | Form(s) W-2 | 25a | 2,168 |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | 2,168 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | 144 |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | 144 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 2,312 |

| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 1,169 |
|---|---|---|---|---|
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 1,169 |
| Direct deposit? See instructions. | b | Routing number 267084131  c Type: ☒ Checking ☐ Savings | | |
| | d | Account number 310703902 | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | 36 | |

| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
|---|---|---|---|---|
| | 38 | Estimated tax penalty (see instructions) | 38 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ **Yes.** Complete below. ☐ **No** |
|---|---|---|
| | Designee's name | Phone no. | Personal identification number (PIN) ☐ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | Email address | | |

| Paid Preparer Use Only | Preparer's name Rose Gonzalez | Preparer's signature Rose Gonzalez | Date 07/09/25 | PTIN P00850097 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name Kaba Consulting | | | Phone no. 352-243-8460 | |
| | Firm's address 17011 Highway 50 Ste 303 Clermont        FL  34711 | | Firm's EIN 04-3673398 | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                    Form **1040** (2024)

EOIR ±749fo£156

Case 3:23-cv-01213-MMH-MCR Document 3 Filed 10/10/25 164

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2023** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning .................., 2023, ending .........., 20 ....... **See separate instructions.**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| WANDA I | RAMOS | ***-**-4472 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O box, see instructions. **1408 40TH ST**       Apt. no.

City, town or post office. If you have a foreign address, also complete spaces below. **ORLANDO**     State **FL**     ZIP code **32839**

Foreign country name     Foreign province/state/county     Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund.Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**
Check only one box.

- [X] Single
- [ ] Married filing jointly (even if only one had income)
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent. ........................

**Digital Assets**   At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ..... ☐ Yes ☒ No

**Standard Deduction**   Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You: ☐ Were born before January 2, 1959 ☐ Are blind   **Spouse:** ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
If more than four dependents, see instr. and check here ☐

| **Income** | | | | | |
|---|---|---|---|---|---|
| Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. | **1a** | Total amount from Form(s) W-2, box 1 (see instructions) ............... | | **1a** | 26,000 |
| | **b** | Household employee wages not reported on Form(s) W-2 ......... | | **1b** | |
| | **c** | Tip income not reported on line 1a (see instructions) ......... | | **1c** | |
| | **d** | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) ... | | **1d** | |
| | **e** | Taxable dependent care benefits from Form 2441, line 26 ......... | | **1e** | |
| | **f** | Employer-provided adoption benefits from Form 8839, line 29 ....... | | **1f** | |
| If you did not get a Form W-2, see instructions. | **g** | Wages from Form 8919, line 6 .................... | | **1g** | |
| | **h** | Other earned income (see instructions) ............... | | **1h** | |
| | **i** | Nontaxable combat pay election (see instructions) ...... **1i** | | | |
| | **z** | Add lines 1a through 1h .................... | | **1z** | 26,000 |
| Attach Sch. B if required. | **2a** | Tax-exempt interest ... **2a** | **b** Taxable interest | **2b** | |
| | **3a** | Qualified dividends ... **3a** | **b** Ordinary dividends | **3b** | |
| | **4a** | IRA distributions ... **4a** | **b** Taxable amount | **4b** | |
| **Standard Deduction for –** • Single or Married filing separately, $13,850 • Married filing jointly or Qualifying surviving spouse, $27,700 • Head of household, $20,800 • If you checked any box under Standard Deduction, see instructions. | **5a** | Pensions and annuities **5a** | **b** Taxable amount | **5b** | |
| | **6a** | Soc. sec. ben. ... **6a** | **b** Taxable amount | **6b** | |
| | **c** | If you elect to use the lump-sum election method, check here (see instructions) ... ☐ | | | |
| | **7** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ...... ☐ | | **7** | |
| | **8** | Other income from Schedule 1, line 10 ............... | | **8** | 0 |
| | **9** | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ...... | | **9** | 26,000 |
| | **10** | Adjustments to income from Schedule 1, line 26 ............ | | **10** | 0 |
| | **11** | Subtract line 10 from line 9. This is your **adjusted gross income** ...... | | **11** | 26,000 |
| | **12** | **Standard deduction or itemized deductions** (from Schedule A) ...... | | **12** | 13,850 |
| | **13** | Qualified business income deduction from Form 8995 or Form 8995-A ... | | **13** | |
| | **14** | Add lines 12 and 13 ...................... | | **14** | 13,850 |
| | **15** | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | **15** | 12,150 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**      Form **1040** (2023)

EOIR #85060E156

Form 1040 (2023)  WANDA I RAMOS                                             ***-**-4472  Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | | 16 | 1,241 |
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 1,241 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 1,241 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 1,241 |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 2,270 | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 2,270 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29 and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 2,270 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 1,029 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▸ ☐ | | 35a | 1,029 |
| Direct deposit? See instructions. | b | Routing number  267084131  ▸c Type: ☒ Checking  ☐ Savings | | | |
| | d | Account number  *****3902 | | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** ▸ | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ **Yes.** Complete below.  ☐ **No** |
| | Designee's name | Phone no. | Personal identification number (PIN) ▸ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no. | Email address | | |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name  Rose Gonzalez | Preparer's signature  Rose Gonzalez | Date 07/09/25 | PTIN ********* | Check if: ☐ Self-employed |
| | Firm's name  Kaba Consulting | | | Phone no. 352-243-8460 | |
| | Firm's address  17011 Highway 50 Ste 303  Clermont  FL  34711 | | | Firm's EIN **-***3398 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                    Form **1040** (2023)

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2022**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

| Filing Status Check only one box. | [X] Single | [ ] Married filing jointly | [ ] Married filing separately (MFS) | [ ] Head of household (HOH) | [ ] Qualifying surviving spouse (QSS) |

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent.

| Your first name and middle initial | Last name | Your social security number |
| WANDA I | RAMOS | 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 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.  **1408 40TH ST**   Apt. no.

City, town or post office. If you have a foreign address, also complete spaces below.  **ORLANDO**   State **FL**   ZIP code **32839**

Presidential Election Campaign Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   [ ] You   [ ] Spouse

Foreign country name    Foreign province/state/county    Foreign postal code

**Digital Assets**  At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   [ ] Yes   [X] No

**Standard Deduction**  Someone can claim:   [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

Age/Blindness  You:  [ ] Were born before January 2, 1958  [ ] Are blind   Spouse:  [ ] Was born before January 2, 1958   [ ] Is blind

**Dependents** (see instructions):

| If more than four dependents, see instr. and check here [ ] | (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
| | | | | Child tax credit | Credit for other dependents |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 25,100 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions)  1i | | |
| z | Add lines 1a through 1h | 1z | 25,100 |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| 6a | Soc. sec. ben. | 6a | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) | | | | |

**Standard Deduction for –**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 7 | |
| 8 | Other income from Schedule 1, line 10 | 8 | 0 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 25,100 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 0 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 25,100 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 12,950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 12,950 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 12,150 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2022)

Form 1040 (2022) **WANDA I RAMOS**                                                              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  Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ | | 16 | 1,256 |
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 1,256 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 1,256 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 1,256 |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 2,272 | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 2,272 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29 and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 2,272 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 1,016 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | 1,016 |
| Direct deposit? See instructions. | b | Routing number 267084131 | c | Type: ☒ Checking ☐ Savings | |
| | d | Account number 310703902 | | | |
| | 36 | Amount of line 34 you want **applied to your 2023 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS? See instructions ☐ **Yes.** Complete below. ☐ **No** | | | |
| | | Designee's name | Phone no. | Personal identification number (PIN) ☐ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see instr.) |
| | Phone no. | Email address | | |

| **Paid Preparer Use Only** | Preparer's name Rose Gonzalez | Preparer's signature Rose Gonzalez | Date 07/09/25 | PTIN P00850097 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name **Kaba Consulting** | | | Phone no. 352-243-8460 | |
| | Firm's address **17011 Highway 50 Ste 303** **Clermont** **FL 34711** | | | Firm's EIN 04-3673398 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                         Form **1040** (2022)

EOIR 2158c6156

EVA - 2 - Ad 050

050

050

Uploaded on 9/29/25, at 11:49:10 PM (Eastern Daylight Time) Base File KRO
9/29/25, Filed with domain by filed Name
160



FLORIDA DEPARTMENT *of* STATE                                    DIVISION OF CORPORATIONS

## Detail by Entity Name

Florida Profit Corporation
BAUTISTA UNDERGROUND, INC

### Filing Information

| | |
|---|---|
| **Document Number** | P15000062995 |
| **FEI/EIN Number** | 47-4701941 |
| **Date Filed** | 07/24/2015 |
| **Effective Date** | 07/24/2015 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

328 LITTLE ROCK CT
OCOEE, FL 34761

Changed: 04/29/2022

### Mailing Address

328 LITTLE ROCK CT
OCOEE, FL 34761

Changed: 04/29/2022

### Registered Agent Name & Address

BAUTISTA, SEIBIN
328 LITTLE ROCK CT
OCOEE, FL 34761

Name Changed: 03/01/2023

Address Changed: 03/01/2023

### Officer/Director Detail

**Name & Address**

Title P

BAUTISTA, CILFIO U
328 LITTLE ROCK CT
OCOEE, FL 34761

Title VP

EOIR — 54 of 56

Uploaded on 09/29/2025 at 01:49:40 PM (Eastern Daylight Time). Base File KRO
9/29/25, 1:49 PM                    Case 3:25-cv-01215-MMH-MCR               Document 35-1 Detail by Entity Name 10/25    Page 81 of 85 PageID
169

BAUTISTA, SEIBIN S
328 LITTLE ROCK CT
OCOEE, FL 34761

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2023 | 03/01/2023 |
| 2024 | 04/01/2024 |
| 2025 | 02/10/2025 |

### Document Images

| | |
|---|---|
| 02/10/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/01/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2019 -- ANNUAL REPORT | View image in PDF format |
| 12/14/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/23/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2017 -- ANNUAL REPORT | View image in PDF format |
| 07/18/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/19/2016 -- ANNUAL REPORT | View image in PDF format |
| 07/24/2015 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI KROME IMMIGRATION COURT**

Respondent Name:

    BAUTISTA-OROZCO, CILFIO UDIEL

To:

    Caminero, Joel Alexis
    5728 Major Blvd
    Suite 750
    Orlando, FL 32819

A-Number:
087-712-437
Riders:
In Custody Redetermination Proceedings

Date:
09/29/2025

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

        Board of Immigration Appeals
        Office of the Clerk
        P.O. Box 8530
        Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

        Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☑ Other:

Bond Order

Date: 09/29/2025

Immigration Judge: Espinal, Pedro 09/29/2025

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : BAUTISTA-OROZCO, CILFIO UDIEL | A-Number : 087-712-437

Riders:

Date: 09/29/2025 By: Arroyo, Kevin, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI KROME IMMIGRATION COURT**

Respondent Name:

BAUTISTA-OROZCO, CILFIO UDIEL

To:

Caminero, Joel Alexis
5728 Major Blvd
Suite 750
Orlando, FL 32819

A-Number:
087-712-437
Riders:
In Custody Redetermination Proceedings

Date:
09/29/2025

**ORDER OF THE IMMIGRATION JUDGE**

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Immigration Judges have no authority to redetermine the custody conditions of an alien who crossed the border unlawfully without inspection, even if that alien has avoided apprehension for more than 2 years. Matter of YAJURE HURTADO, 29 I&N Dec. 216, 228 (BIA 2025).

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: Espinal, Pedro 09/29/2025

Appeal:    Department of Homeland Security:  ☑  waived   ☐  reserved
           Respondent:                       ☐  waived   ☑  reserved
Appeal Due: 10/29/2025

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : BAUTISTA-OROZCO, CILFIO UDIEL | A-Number : 087-712-437

Riders:

Date: 09/29/2025 By: Arroyo, Kevin, Court Staff