UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CILFIO UDIEL BAUTISTA-OROZCO,

    Petitioner,

v.                                    Case No. 3:25-cv-1215-MMH-MCR

UNITED STATES ATTORNEY
GENERAL, et al.,

    Respondents.
_____

## ORDER

In light of Respondents' Notice of Removal (Doc. 8) advising that Petitioner was removed from the United States on December 8, 2025, it is

**ORDERED:**

1. The Petition (Doc. 1) is **DISMISSED as moot**.

2. The **Clerk** shall enter judgment dismissing this case as moot, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of December, 2025.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 12/18
c: Counsel of Record